# Civil Court of the City of New York
**County of BRONX — Housing Part**

**L. & T. No.** 02 083929 / 2002

**PETITION Non-Payment**

1511 SHERIDAN LLC — *Petitioner / Landlord*

against

JOSE L. CRESPO — *Respondent / Tenant*

1521 SHERIDAN AVENUE
BRONX, NEW YORK
APT# C35                 10457

John Doe and Jane Doe — *Undertenant*

**Amount Claimed $4,279.97**

---

## PETITION-NON-PAYMENT — DWELLING

- Notice of Petition served on _____
- Notice of Petition returned on _____
- Notice of Petition issued on _____
- Tenant appears on _____
- but fails to answer.
- Tenant answers on _____
- Answer is _____
- Set for Trial on _____
- Landlord notified on _____
- Sufficiency of answer referred to court _____
- Raises _____ issue

**Attorney for Petitioner** / **Judge**

GUTMAN, MINTZ, BAKER & SONNENFELDT
813 JERICHO TURNPIKE
NEW HYDE PARK, N.Y. 11040
516-775-6590

---

## THE PETITION OF 1511 SHERIDAN LLC

alleges, upon information and belief:

1. Petitioner is the landlord of the premises.
2. Respondent(s) JOSE L. CRESPO is (are) tenant(s) in possession of said premises pursuant to a WRITTEN rental agreement wherein respondent promised to pay to landlord as rent $477.00 each month in advance on the 1st day of each month.
3. Respondent ########
4. Respondents are now in possession of said premises. Said premises are "John & Jane Doe" is the undertenant of the aforesaid respondent tenant(s) the residence of the tenants and undertenants herein.
5. The premises from which removal is sought were rented for dwelling purposes and are described as follows: ALL ROOMS APT #C35 in building known as 1521 SHERIDAN AVENUE situated within the territorial jurisdiction of the Civil Court of the City of New York, County of BRONX.
6. Pursuant to said agreement there was due from respondent tenant(s), the sum of $4,279.97 in rent and additional rent as follows:

| LEGAL FEE | $177.50 | LATE FEE | $105.50 | FEB02/BAL | $180.97 |
| MAR02 | $477.00 | APR02 | $477.00 | MAY02 | $477.00 |
| JUN02 | $477.00 | JUL02 | $477.00 | AUG02 | $477.00 |
| SEP02 | $477.00 | OCT02 | $477.00 | | |

7. THE APARTMENT IS SUBJECT TO RENT STABILIZATION LAW AND THE RENT DOES NOT EXCEED THE LAWFULLY STABILIZED RENT PERMITTED UNDER THE LAW. THE APARTMENT IS NOW SUBJECT TO THE OMNIBUS HOUSING ACT OF 1983 AND IS REGISTERED WITH DHCR.

8. Said rent has been demanded BY A FIVE 24 DAY WRITTEN NOTICE from the tenant(s) since same became due.
9. Respondents have defaulted in the payments thereof and continue in possession of premises without permission after said default.
10. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a currently effective registration statement on file with the Office of Code Enforcement which designates the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling. Multiple Dwelling No. 00201000

Agent: DANIEL TORRES, 1521 SHERIDAN AVENUE, BRONX, NEW YORK 10457

WHEREFORE Petitioner requests a final judgment against respondent(s) for the rent demanded herein, awarding possession of the premises to petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession of the premises together with costs and disbursements of this proceeding.

Dated: 10/02/02      1511 SHERIDAN LLC

---

**STATE OF NEW YORK, COUNTY OF NASSAU**

The Undersigned affirms under penalty of perjury that he is one of the attorneys for the Petitioner; that he has read the foregoing petition and knows the contents thereof; that the same are true to his own knowledge except as to matters stated to be upon information and belief; and as to those matters he believes them to be true. "The grounds of deponent's belief as to all matters not stated upon deponent's knowledge are as follows: statements and/or records provided by petitioner, its agents and/or employees and contained in the file in the attorney's office." This verification is made pursuant to the provisions of RPAPL 741.

STEVEN J. MASEF

10/02/02