**CIVIL COURT OF THE CITY OF NEW YORK**
County of __BX__
Housing Part

Index Number __83929-02__

**LANDLORD/TENANT ANSWER IN PERSON**

Petitioner(s),

against

__Crespo__

Respondent(s)

Address: __1521 SHERIDAN__

__BX__ Apt. __C35__

Respondent has appeared and has orally answered the Petition as follows:

**Answer**

**SERVICE**
1. ____ The Respondent did not receive a copy of the Petition and Notice of Petition.
2. ____ The Respondent received the Petition and Notice of Petition, but service was not correct as required by law.

**PARTIES**
3. ____ The Respondent is indicated improperly, by the wrong name, or is not indicated on the Petition and Notice of Petition.
4. ____ The Petitioner is not the Landlord or Owner of the building.

**RENT**
5. ____ The Respondent was not asked, either orally or in writing, to pay the rent before the Petitioner started this proceeding.
6. ____ The Respondent tried to pay the rent, but the Petitioner refused to accept it.
7. ____ The monthly rent being requested is not the legal rent or the amount on the current lease.
8. ____ The Petitioner owes money to the Respondent because of a rent overcharge.
9. ____ The rent, or a portion of the rent, has already been paid to the Petitioner.

**APARTMENT**
10. __X__ There are conditions in the apartment which need to be repaired and/or services which the Petitioner has not provided.
11. ____ The Respondent receives Public Assistance and there are Housing Code violations in the apartment or the building.
12. ____ The apartment is an illegal apartment.

**OTHER**
13. __X__ General Denial.
14. ____ Other Answer ____

__10-10-02__
Dated

_____ (signature)
Clerk's Initials

**NOTICE OF SCHEDULED APPEARANCE**

This case is scheduled to appear on the calendar as follows:

DATE: __10-21-02__   TIME: __11:00 AM__   PART: __B__   ROOM: __360__

YOU SHOULD ARRIVE AT THE COURTHOUSE <u>AT LEAST ONE HALF HOUR BEFORE</u> THE ABOVE SCHEDULED TIME, TO ALLOW TIME TO BE PROCESSED THROUGH THE METAL DETECTORS. IF A SETTLEMENT IS NOT REACHED ON THE ABOVE SCHEDULED DATE THE CASE MAY BE SENT TO A TRIAL-READY PART FOR A TRIAL. IF YOU WILL NOT BE READY FOR TRIAL ON THE ABOVE SCHEDULED DATE, YOU MUST ASK THE COURT FOR ANOTHER TRIAL DATE. IF THE COURT DOES NOT ACCEPT YOUR REASON FOR NOT BEING READY FOR TRIAL, AND YOUR REQUEST FOR ANOTHER TRIAL DATE IS DENIED, YOU MAY BE REQUIRED TO PROCEED TO TRIAL IMMEDIATELY.

THE CLERK CANNOT CHANGE THE SCHEDULED DATE OR TIME.
YOU MUST APPEAR AND BRING THIS FORM WITH YOU.

CIV-LT-91 (Revised, June, 1999)