① BID 2/3    (window 3/5 OSC)

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF: Bronx   PART B

1511 Sheridan LLC                 Petitioner/Landlord          DATE 10/21/02
                         -against-
                                                              HON. _____
                                   Respondent/Tenant          INDEX NO. 83929/02
Jose L. Crespo                                                29994
ADDRESS 1521 Sheridan ave.  APT. C35

[stamp: SHELDON J. HALPRIN, JUDGE, HOUSING COURT — stipulation has been read to signator who understood and consented to it so ordered]

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AS FOLLOWS:

(1) PETITION AMENDED TO INCLUDE ALL RENT DUE THROUGH __10/02__
(2) FINAL JUDGMENT IS ENTERED IN FAVOR OF THE PETITIONER IN THE SUM OF $ __3,996.97__
(3) ISSUANCE OF THE WARRANT SHALL BE STAYED TO _____ AS FOLLOWS:
   (A) TENANT TO PAY $ __3996.97__ ON OR BEFORE ~~11/20/02~~ 11/21 ;
   (B) TENANT TO PAY $ _____ ON OR BEFORE _____ ;
   (C) TENANT TO PAY $ _____ ON OR BEFORE _____ ;
   (D) TENANT TO PAY $ _____ ON OR BEFORE _____ ;

(4) IN THE EVENT TENANT FAILS TO MAKE ANY PAYMENT(S) ABOVE, THE WARRANT SHALL ISSUE FORTHWITH UPON LANDLORD'S AFFIDAVIT OF NONCOMPLIANCE OR ATTORNEYS AFFIRMATION.

(5) IN THE EVENT TENANT DEFAULTS ON ANY PAYMENT(S) ABOVE, THE ENTIRE FINAL JUDGMENT AMOUNT WILL BE DUE IMMEDIATELY.

(6) THE ABOVE FINAL JUDGMENT AMOUNT DOES NOT INCLUDE RENT FOR THE MONTH(S) OF __11/02__ , WHICH RENT IS PAYABLE WHEN DUE/AS FOLLOWS:

(7) THEREFORE, ALL PAYMENT(S) RECEIVED DURING THE MONTHS OF __10/02__ , and _____ , WILL FIRST BE APPLIED TO CURRENT RENT FOR THAT MONTH, AND THEN SATISFY THE JUDGMENT AMOUNT AS PER PARAGRAPH THREE.

(8) IF ANY DISPUTED BALANCE CANNOT BE RESOLVED, THE PETITIONER MAY MOVE TO AMEND THE JUDGMENT AMOUNT OR INSTITUTE A NEW PROCEEDING FOR SAID DISPUTED BALANCE.

LL to inspect and repair required by law. 1) inspect kitchen ceiling 2) repair closets 3) Bathroom and bedroom doors 4) repair bathroom light 5) electrical socket covered with paint 6) repair windows 7) Bathroom ceiling  Access date 11/4/02 (2 OSC)

9) Tenant acknowledges owing 8/477/CC# 8 months rent and a balance of 1511.97

DATED: 10/21/02

GUTMAN, MINTZ, BAKER & SONNENFELDT, P.C.
ATTORNEYS FOR PETITIONER

BY: _____        _____        _____
813 JERICHO TURNPIKE            AGENT                    TENANT
NEW HYDE PARK, NY 11040

DB.

GMBS 2002