**Civil Court of the City of New York**
County of **BRONX**   Part **B**   Index Number **83979/02**

1511 Sheridan Ave

Petitioner(s)

against

Jose Crespo

Respondent(s)
Respondent Undertenant(s)

**DECISION AND JUDGMENT OF POSSESSION**
In Favor of Petitioner
Upon Respondent's Failure to Appear for Trial, or
On Stipulation, or After Trial

**NON - PAYMENT**

## DECISION AND JUDGMENT

Respondent(s) has/have answered, the case was placed on the calendar, and the Respondent(s):

☐ failed to appear for trial on _____.

☒ stipulated (in writing) (on the record) that the proceeding is settled.

☐ appeared before me for trial on _____.

The Court determines that the amount now due to the Petitioner(s) is the sum of $ **3,996.97** for the period from _____ to _____, for a total now due of $ **3,996.97**.

A Counterclaim was interposed and the Court determines that:

☐ the amount now due to the Respondent(s) is the sum of $ _____.

☐ such Counterclaim is dismissed (on the merits)(without prejudice).

The Clerk is hereby directed to:

ENTER A JUDGMENT OF POSSESSION in favor of the Petitioner(s) and against the Respondent(s), (and)

ENTER A MONEY JUDGMENT in favor of Petitioner(s) in the amount of $ **3,996.97**, together with costs and disbursements in the amount of $ _____, for a total of **3,996.97**.

Issuance of Warrant (forthwith)( **AND** ). Execution stayed to and including **4/21/2002**.

**10/21/2002**
Date

**Sheldon J. Halprin**
Judge, Civil Housing Court

Tape # _____ Digital Count _____, or Court Reporter _____

## ENTRY OF JUDGMENT

Judgment entered in accordance with the above on **10/21/2002**

**Jack Baer**
Chief Clerk, Civil Court

Warrant issued to Marshal **McCoy** on **JAN 7 2003**

CIV-LT-52 (Revised, July, 1999)