CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF ___Bronx___
------------------------------------x
1511 Sheridan LLC

PETITIONER

-against- Jose L. Crespo
1521 Sheridan Avenue
apt# C35
Bronx NY 10457        RESPONDENT
------------------------------------x

AFFIRMATION

INDEX NO.
L&T 083909/02

Steve MASEF, an attorney duly licensed to practice law in the State of New York, hereby affirms the following under the penalties of perjury:

1. I am an associate with the law firm of Gutman, Mintz, Baker & Sonnenfeldt, P.C., attorneys for the Petitioner herein.

2. I make this affirmation in support of the within application which seeks the issuance of a warrant for the eviction of the Respondent.

3. I make this affirmation upon information and belief, a belief based upon information supplied to me by ___Cathy Cabrera___ in the management office.

4. On __10,21__, 2002, in open court, the parties herein entered into a stipulation, a copy of which is annexed hereto.

3. My client informs me that the tenant has failed to comply with the terms of this stipulation in that the tenant has failed to make the payment(s) of:

$ 3,996.97 due 11-21-02 ,    ; $           due
$          due              ,    ; $           due

WHEREFORE, your deponent prays that relief requested herein be granted.

Dated: Nassau, NY

_____
GUTMAN, MINTZ, BAKER & SONNENFELDT, P.C.

affidavi December 12 2002