CIVIL COURT OF THE CITY OF NEW YORK
County of **B** Date **2/5/03** Hon. **Harpain**
Part

1511 Sheridan LLC

## STIPULATION OF SETTLEMENT

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter:

Plaintiff(s)/Petitioner(s),

Jose Crespo against

Defendant(s)/Respondent(s)

1) Respondent Mahan is granted solely to the extent of staying execution of the Warrant of Eviction for Respondent to pay ($4072.96) as follows:
   (A) 677.00 by 2/10/03  (B) 200.00 3/10/03  (C) 200.00 4/10/03
   (D) 200.00 by 5/10/03  (E) 200.00 6/10/03  (F) 200.00 by 7/10/03
   (G) 200.00 by 8/10/03  (H) 200.00 9/10/03  (I) 200.00 by 10/10/03
   (K) 200.00 by 11/10/03  (L) 200.00 by 12/10/03  (M) 200 by 1/10/04
   (N) 200.00 by 2/10/04  (O) 200.00 by 3/10/04  (P) 200 by 4/10/04
   (Q) 200.00 by 5/10/04  (R) 200.00 by 6/10/04  (S) 195.96 by 7/10/04

2) March 2003 - July 2004 Use & occupancy payable as accrued
3) all payments shall be first applied to current use then arrears
4) Tollers Repairs LL to inspect and respectively repair - (A) Kitchen ceiling & wall (B) Repair closet o (C) Hole to
   (D) Extermine for Rodents (E) Bathroom of Bedroom doors (F) Bathroom
   (G) Electric outlets caused by paint (H) Windows Balance (I) Bathroom
   tile leak (concealed leak) Access 2/26, 2/27, 2/28 9AM -
   12PM - Repairs to be substantially completed in 30 days of access - additional repairs

Civil Court of the City of New York
County of [Bronx] Index Number: _____
Part [B] Date 3/15/03 [Halpern]

1571 [Alunder] LLC

Plaintiff(s)/Petitioner(s),

against

[Jose Crespo]

Defendant(s)/Respondent(s)

**STIPULATION OF SETTLEMENT**
*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter:*

THE PARTIES AS FOLLOWS:

1) [Kitchen Columbia outlet spackle]
2) [Kitchen faucet no cold H2O]
3) [Refrigerator leg set to in disorder]
4) [Stove broken]  5) [Kitchen cabinets]
6) [Shower knobs & pipes loose]  7) [Floor tiles T/O apt]

8) [At the end of default whose landlord grants upon the service of marshal notice by mail.]

_____ [signatures]
W [Ayer]

[Copy]

[signatures]
Tenant

(Revised. September, 1997)   Page 2 of ___