**Civil Court of the City of New York**

Index No. LT 83929/03

COUNTY OF __Bronx__

Housing Part __B__

1511 SHERIDAN LLC

Petitioner(s)

against

Respondent(s)

**DECISION AND JUDGMENT OF POSSESSION**

**HOLDOVER**

JOSE CRESPO

Respondent Undertenant(s)

**JUDGMENT**

Respondent(s):
[ ] failed to appear for trial and an inquest was taken on _____.
[✓] stipulated (in writing) (on the record) that the proceeding is settled.
[ ] appeared before me for trial on _____.

The Court Determines that:
[ ] the amount now due to the Petitioner(s) for rent is the sum of $ _____, for the period from _____ to _____ for a total now due of $ _____.
[ ] Use and Occupation is set at $ _____ per month commencing on _____, for a total now due of $ _____.

A Counter-claim was interposed and:
[ ] the amount now due to the Respondent(s) is the sum of $ _____.
[ ] such Counterclaim is dismissed (on the merits) (without prejudice).

The Clerk is Directed to:
ENTER A JUDGMENT OF POSSESSION in favor of the Petitioner(s) and against Respondent(s), (and)
ENTER A MONEY JUDGMENT in favor of Petitioner(s) in the amount of $ _____, together with costs and disbursements in the amount of $ _____, for a total of $ _____.

IS FORTHWITH EXECUTION IS

Issuance of Warrant stayed through __8/31/2003__, provided the above total amount is paid not later than _____, and if such payment is not made by such date, warrant may issue at any time thereafter.

__8/4/2003__
Date

_____
Judge, Civil/Housing Court
[J. HALPRIN, HOUSING COURT]

Tape # _____ Digital Count _____, or Court Reporter _____

**ENTRY OF JUDGMENT**

Judgment entered in accordance with the above on __8/4/2003__.

_____
Chief Clerk, Civil Court

Warrant issued to Marshal _____ on __SEP 2 5 2003__

CIV-LT-54 (1/90) (Replaces 43-2127)

**Court of the City of New York**  
County of Bronx  
Part ___   Date 8/4/03

Index Number 83929/02  
Hon. Halprin

1511 Sheridan LLC.

Plaintiff(s)/Petitioner(s),

against

Jose J. Crespo

Defendant(s)/Respondent(s)

**STIPULATION OF SETTLEMENT**
*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter:*

① Proceeding converted to holdover.

② Final Judgment of Possession with issuance of warrant forthwith — execution stayed to 8/31/03 for Respondent to vacate subject premises (keys tendered to mgmt shall constitute vacatur).

③ In consideration of above, Petitioner agrees to waive $1,000.00 = outstanding arrears.

④ Judgment in favor of Petitioner for $2574.98.

⑤ Premises to be left in clean, broom-swept condition.

⑥ Upon default of ¶(2) above, warrant shall execute upon service of marshal's notice by mail. Further, Petitioner reserves right to legal fees.

CIV-LT-30 (Revised. September, 1997)

Respondent

Page ___ of ___