CONSUMER CREDIT TRANSACTION. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED TO COLLECT THE DEBT.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

1511 SHERIDAN LLC

                   PLAINTIFF(S)

   -AGAINST-

JOSE CRESPO
AKA JOSE L. CRESPO

                   DEFENDANT(S)

INDEX NO:
CLAIM NO: 241862

002890

S U M M O N S
THE BASIS OF VENUE DESIGNATED IS
PLAINTIFF'S BUSINESS ADDRESS
1521 SHERIDAN AVENUE
BRONX, NEW YORK

TO THE ABOVE NAMED DEFENDANT(S)
YOU ARE HEREBY SUMMONED TO APPEAR IN THE CIVIL COURT OF THE CITY OF NEW YORK COUNTY OF BRONX THE OFFICE OF THE CLERK OF THE SAID COURT AT 851 GRAND CONCOURSE, BRONX, NY 10451 IN THE COUNTY BRONX , CITY AND STATE OF NEW YORK, WITHIN THE TIME PROVIDED BY LAW AS NOTED BELOW AND TO FILE ANSWER TO THE BELOW COMPLAINT WITH CLERK: UPON YOUR FAILURE TO ANSWER, JUDGMENT WILL BE TAKEN AGAINST YOU FOR THE SUM OF  $4578.98  WITH INTEREST THEREON FROM FEBRUARY 01, 2003 TOGETHER WITH THE COSTS OF THIS ACTION.

DATED: NOVEMBER 15, 2004

BY: GARY KAVULICH, ESQ. OF COUNSEL
GUTMAN, MINTZ, BAKER & SONNENFELDT, P.C.
ATTORNEYS FOR PLANTIFF
813 JERIHCO TURNPIKE
NEW HYDE PARK, NEW YORK 11040
(516) 616-0734

DEFENDANT'S ADDRESS
JOSE CRESPO
1229 FRANKLIN AVENUE
APT BB
BRONX, NY      10456-3517

NOTE: THE LAW PROVIDES THAT: (A) IF THIS SUMMONS IS SERVED BY ITS DELIVERY TO YOU PERSONALLY WITHIN THE CITY OF NEW YORK, YOU MUST APPEAR AND ANSWER WITHIN TWENTY DAYS AFTER SUCH SERVICE; OR (B) IF THIS SUMMONS IS SERVED BY ANY MEANS OTHER THAN PERSONAL DELIVERY TO YOU WITHIN THE CITY OF NEW YORK OR OUTSIDE THE CITY OF NEW YORK, YOU MUST APPEAR AND ANSWER WITHIN THIRTY DAYS AFTER PROOF OF SERVICE THEREOF IS FILED WITH THE CLERK OF THIS COURT.

COMPLAINT

FIRST ACTION: PLAINTIFF SEEKS TO RECOVER DAMAGES FROM DEFENDANT(S) FOR BREACH OF A LEASE AGREEMENT AND PURSUANT TO SAID LEASE IS/ARE RESPONSIBLE FOR RENT IN THE LIQUIDATED SUM OF  $4078.98 REPRESENTING RENT FROM FEBRUARY 01, 2003 TO OCTOBER 31, 2003  AT THE AGREED LEASE SUM OF  $477.00   PER MONTH

| 2/03 BAL. | $262.98 | 3/03 | $477.00 | 4/03 | $477.00 |
| 5/03 | $477.00 | 6/03 | $477.00 | 7/03 | $477.00 |
| 8/03 | $477.00 | 9/03 | $477.00 | 10/03 | $477.00 |

(AFTER APPLICATION OF PAYMENT AND SECURITY DEPOSIT) FOR THE PREMISE KNOWN AS 1521 SHERIDAN AVENUE    APT. C33    BRONX, NEW YORK    10457

SECOND ACTION: PLAINTIFF ADDITIONALLY SEEKS TO RECOVER DAMAGES PURSUANT TO SAID LEASE IN THE SUM OF                REPRESENTING COSTS INCURRED AS A RESULT OF SAID BREACH FOR WHICH TENANT IS RESPONSIBLE: TO WIT: PAINTING AND REPAIRS.

*[Stamp: FEE PAID JAN 21 2005 CIVIL COURT BRONX COUNTY]*

ACTION: PLAINTIFF SEEKS TO RECOVER DAMAGES IN THE SUM OF $500.00 ESENTING REASONABLE ATTORNEY'S FEES INCURRED AS A RESULT OF SAID BREACH SUANT TO THE LEASE AGREEMENT. WHEREFORE, PLAINTIFF DEMANDS JUDGMENT ON THE FIRST ACTION, IN THE SUM OF $4078.98 WITH INTEREST FROM BRUARY 01, 2003 TOGETHER WITH COSTS AND DISBURSEMENTS OF THIS ACTION SUCH OTHER AND FURTHER RELEIF AS THE COURT MAY DEEM JUST: (B) ON THE COND ACTION, IN THE SUM OF            WITH INTEREST FROM FEBRUARY 01, 2003 ETHER WITH COSTS AND DISBURSEMENTS OF THIS ACTION AND FOR SUCH OTHER AND THER RELIEF AS THE COURT MAY DEEM JUST: (C) ON THE THIRD ACTION, IN THE OF $500.00 WITH INTEREST FROM FEBRUARY 01, 2003 TOGETHER WITH TS AND DISBURSEMENTS OF THIS ACTION AND FOR SUCH OTHER AND FURTHER IEF AS THE COURT MAY DEEM JUST.

CONSUMER CREDIT TRANSACTION. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED TO COLLECT THE DEBT

CORTE CIVIL DE LA CUIDAD NUEVE YORK,
CONDADO DE   BRONX

1511 SHERIDAN LLC

                            DEMANDANTE
              —AGAINST—

JOSE CRESPO
A/K/A Jose L. Crespo       DEMANDADS(S)

INDICE NO:
CLAIM NO: 241862

C I T A T I O N
LA RAZON DE HABER DESIGNADO ESTA CORTE ES: EL DEMANDANTE RESIDE EN
1521 SHERIDAN AVENUE
BRONX, NEW YORK

AL DEMANDADO ARRIBA MECIONADO:
   USTED ESTA CITADO A COMPARECER EN LA CORTE CIVIL DE LA CIUDAD DE NUEVA YORK, CONDADO BRONX    A LA OFICINA DEL JEFE PRINCIPAL DE DICHA CORTE EN 851 GRAND CONCOURSE BRONX, NY 10451
EN EL CONDADO BRONX    CIUDAD Y ESTADO DE NUEVA YORK, DENTRO DEL TIEMPO PROVISTO POR LA LEY SEGUN ABAJO INDICADO Y PRESENTAR RESPUESTA A LA DEMANDA ADJUNTA AL JEFE DE LA CORTE, SI USTED NO COMPARECE A CONTESTAR, SE DICTARA JUICIO EN CONTRA SUYA EN LA SUMA DE    $4578.98   FEBRUARY 01, 2003
CON INTERESES DESDE         INCLUYENDO LOS COSTOS DE ESTA CAUSA.

FECHADO NOVEMBER 15, 2004

DEFENDANT'S ADDRESS
JOSE CRESPO
1229 FRANKLIN AVENUE
APT BB
BRONX, NY             10456-3517

BY: GARY KAVULICH, ESQ.OF COUNSEL
GUTMAN, MINTZ, BAKER & SONNENFELDT, P.C.
ATTORNEYS FOR PLANTIFF
813 JERIHCO TURNPIKE
NEW HYDE PARK, NEW YORK 11040
(516) 616-0734

NOTA: LA LEY PROVEE QUE: (A) SI ESTA CITACION ES ENTREGADA A USTED PERSONALMENTE EN LA CIUDAD DE NUEVA YORK, USTED DEBE CAMPARECER Y RESPONDER DENTRO DE VEINTE DIAS DESPUESDE LA ENTREGA, (B) SI ESTA CITACION ES ENTREGADA A OTRA PERSONA QUE NO FUERA USTED PERSONALMENTE, O SI FUERA ENTREGADA AFUERA DE LA CIUDAD DE NUEVA YORK, O POR MEDIO DE PUBLICACION, O POR OTROS MEDIOS QUE NO FUERAN ENTREGA PERSONAL A USTED EN LA CIUDAD NUEVA YORK, USTED TIENE TREINTA DIAS PARA COMPARECER Y RESPONDER LA DEMANDA, DESPUES DE HABERSE PRESENTADO PRUEBA DE ENTREGA DE A CITACION AL JEFE DE ESTA CORTE.

PRIMERA CAUSA: EL DEMANDANTE BUSCA RECUPERAR DE EL DEMANDADO (S) POR EL ROMPIMIENTO DE UN ACUERDO DE RENTA Y BASADO EN DICHO ACUERDO ES/SON RESPONDSABLE POR RENTA EN LA CANTIDAD DE    $4078.98   REPRESENTANDO RENTA DESDE    OCTOBER 31, 2003   HASTA   FEBRUARY 01, 2003

| 2/03 BAL. | $262.98 | 3/03 | $477.00 | 4/03 | $477.00 |
| 5/03 | $477.00 | 6/03 | $477.00 | 7/03 | $477.00 |
| 8/03 | $477.00 | 9/03 | $477.00 | 10/03 | $477.00 |

BAJO LA ACORDADA CANTIDAD DE    $4078.98   MENSUAL.
1521 SHERIDAN AVENUE         APT. C35    BRONX, NEW YORK              10457

SEGUNDA CAUSA: DEMANDANTE BUSCA RECUPERAR DANOS BASADO EN EL ACUERDO DE RENTA EN LA CANTIDAD DE         REPRESENTANDO COSTOS INCURRIDOS COMO RESULTADO DE EL ROMPIEMIENTO POR CUAL EL ARRENDADOR ES RESPONABLE:
REPRESENTANDO: PINTURA Y REPARACIONES.

CAUSA: DEMANDA POR ROMPIMIENTO DE CONTRATO. $500.00
ENTANDO COSTOS RASONABLE DE ABOGADOS, INCURRIDOS COMO RESULTADOS DE
ROMPIMIENTO BASADO EN EL ACUERDO DE RENTA.
RA, EL DEMANDANTE RECLAMA JUICIO (A) EN LA PRIMERA CAUSA, EN LA CANTIDAD
$4078.98 CON INTERESES DESDE FEBRUARY 01, 2003 JUNTO CON COSTOS
GASTOS DE ESTA DEMANDA Y CUALQUIER OTRO ALIVIO QUE LA CORTE DETEMINE JUSTO.
B) EN LA SEGUNDA CAUSA EN LA CANTIDAD DE                    CON INTERESES DESDE
FEBRUARY 01, 2003   JUNTO CON COSTOS Y GASTOS DE ESTA DEMANDA Y CUALQUIER
TRO ALIVIO QUE LA CORTE DETERMINE JUSTO.  (C) EN LA TERCERA CAUSA EN LA SUMA
         $500.00  CON INTERESES DESDE    FEBRUARY 01, 2003 JUNTO CON COSTOS
GASTOS DE ESTA DEMANDA Y CUALQUIER OTRO ALIVIO QUE LA CORTE DETERMINE JUSTO.