# AFFIDAVIT OF SERVICE

Index #: _____
Date Filed: _____
Court Date: _____
Assigned Justice: _____

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF Bronx

ATTORNEY(S) Gary Kavulich, Esq. Gutman, Mintz, Baker & Sonnenfeldt, P.C.
ADDRESS 813 Jericho Turnpike, New Hyde Park, NY 11040   File No.: 241862

1511 Sheridan LLC.   vs   Jose Crespo AKA Jose L. Crespo   Plaintiff(s)/Petitioner(s) / Defendant(s)/Respondent(s)

STATE OF NEW YORK   COUNTY OF NASSAU   SS

Ricardo Diaz, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On 1-11-05 at 2:10p
at 1229 Franklin Avenue Bx NY 10456 Apt BB, deponent served the within
SUMMONS AND COMPLAINT
with Index Number _____ and Date Filed _____ endorsed thereon.
on Jose Crespo AKA Jose L. Crespo   Defendant   therein named

**INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally, deponent knew the person served to be the person described as said person therein.

**CORPORATION** ☐ By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.

**SUITABLE AGE PERSON** ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**AFFIXING TO DOOR** ☑ By affixing a true copy of each to the door of said premises which is recipient's [ ] actual place of business [✓] dwelling house (place of abode) within the state

**MAIL COPY** ☑ On 1-11-05, deponent completed service under the last two sections by depositing a copy of the Summons & Complaint to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of N.Y. Certified Mail No _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the 10th day of Jan 2005 at 8:06p
on the 11th day of Jan 2005 at 10:42p
on the 11th day of Jan 2005 at 2:10p

**NON SRVC** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other _____

**DESCRIPTION** ☐ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex ___ Color of skin ___ Color of hair ___ Age ___ Height ___
Weight ___ Other Features ___

**WIT FEES** ☐ The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**MILITARY SRVC** ☐ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**OTHER** ☐

Sworn to before me on 1/11/05

KILLEEN E. HANLON
Notary Public, State of New York
No. 01HA5087622
Qualified in Queens County
Commission Expires 1-03/05

RICARDO DIAZ
BRONX, NY
LIC# 1065188
Print Name Below Signature