CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

INDEX NO. 2890/05

1511 SHERIDAN LLC

PLAINTIFF(S)

FILE NO. 241862
JUDGMENT

-AGAINST-

JOSE CRESPO
AKA JOSE L. CRESPO

2005 APR -7 AM 9:30

DEFENDANT(S)

| | |
|---|---|
| AMOUNT CLAIMED IN COMP LESS PMTS ON ACCT. | $4078.98 |
| INTEREST FROM 02/01/2003 | $635.93 |
| TOTAL | $4714.91 |
| COSTS BY STATUTE | $20.00 |
| SERVICE OF SUMMONS AND COMPLAINT | $19.00 |
| FILING OF SUMMONS AND COMPLAINT | $45.00 |
| PROSPECTIVE MARSHALL'S FEE | $35.00 |
| NOTICE OF INQUEST | |
| TRANSCRIPT & DOCKETING | $119.00 |
| TOTAL | $4833.91 |

STATE OF NEW YORK, COUNTY OF NASSAU:

THE UNDERSIGNED, ATTORNEY AT LAW OF THE STATE OF NEW YORK, ONE OF THE ATTORNEY(S) OF RECORD FOR THE PLAINTIFF(S) IN THE ABOVE ENTITLED ACTION, STATES THAT THE DISBURSMENTS ABOVE SPECIFIED HAVE BEEN OR WILL NECESSARILY BE MADE OR INCURRED THEREIN AND ARE REASONABLE IN AMOUNT: THAT THE TIME OF THE DEFENDANT TO APPEAR AND ANSWER HEREIN HAS EXPIRED, AND THE SAID DEFENDANT HAS NOT APPEARED AND ANSWERED HEREIN.

THE UNDERSIGNED AFFIRMS THIS STATEMENT TO BE TRUE UNDER THE PENALTIES OF PERJURY.

DATED: NASSAU, NEW YORK
MARCH 15, 2005

GUTMAN, MINTZ, BAKER & SONNENFELDT P.C.
BY: GARY KAVULICH, ESQ. OF COUNSEL

JUDGMENT ENTERED ON
SERVICE OF SUMMONS AND COMPLAINT IN THIS ACTION ON

THE DEFENDANT(S) HEREIN HAVING BEEN COMPLETED ON       MARCH 02, 2005
   WITHIN THE CITY OF NEW YORK ON THAT DAY AND MORE THAN 20 DAYS
   HAVING ELAPSED.
   BY THE FILING ON SAID DAY OF PROOF OF THE SERVICE THEREOF BY
   SUBSTITUTED      SERVICE ON DEFENDANT
AND MORE THAN 30 DAYS HAVING ELAPSED SINCE THE DAY OF COMPLETION OF SERVICE
AND THE TIME OF SAID DEFENDANT(S) TO APPEAR AND ANSWER HAVING EXPIRED, AND
THE SAID DEFENDANT(S) NOT HAVING APPEARED AND ANSWERED HEREIN,
   NOW ON MOTION OF GUTMAN, MINTZ, BAKER & SONNENFELDT, P.C. ATTORNEY(S)
FOR THE PLAINTIFF(S) IT IS,
   ADJUDGED THAT
      1511 SHERIDAN LLC                                          PLAINTIFF(S),
RESIDING AT 1521 SHERIDAN AVENUE         BRONX, NEW YORK           10457
RECOVER OF  JOSE CRESPO
      AKA JOSE L. CRESPO                                          DEFENDANT(S)
RESIDING AT 1229 FRANKLIN AVENUE         APT BB
      BRONX, NY                          10456-3517
THE SUM OF $4078.98 WITH INTEREST OF $635.93 MAKING A TOTAL OF $4714.91
TOGETHER WITH $119.00 COSTS AND DISBURSEMENTS, AMOUNTING
SUM OF $4833.91 AND THAT PLAINTIFF HAVE EXECUTION THEREFORE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.

APR 07 2005

CLERK