| | |
|---|---|
| **From:** | Gary Thigpen <GThigpen@gmbsllp.com> |
| **Sent:** | Thursday, September 2, 2021 10:21 AM |
| **To:** | crespojl01@mail.buffalostate.edu |
| **Subject:** | Fw: 1115 SHERIDAN LLC #241862 |
| **Attachments:** | CRESPO.pdf; CRESPO.pdf |

GARY D. THIGPEN
COLLECTION DEPARTMENT
GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP
813 JERICHO TURNPIKE
NEW HYDE PARK, NY 11040
TEL NO (516) 616-0734 EXT 1404
FAX NO:(516)-616-0748/53


THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
----- Forwarded by Gary Thigpen/GMBS on 09/02/2021 10:20 AM -----

**Gary Thigpen/GMBS**

09/02/2021 10:18 AM

To crespojlo1@mailbuffalostste.edu

cc

Subject Fw: 1115 SHERIDAN LLC #241862


GARY D. THIGPEN
COLLECTION DEPARTMENT
GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP
813 JERICHO TURNPIKE
NEW HYDE PARK, NY 11040
TEL NO (516) 616-0734 EXT 1404
FAX NO:(516)-616-0748/53


THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.


----- Forwarded by Gary Thigpen/GMBS on 09/02/2021 10:17 AM -----

**Gary Thigpen/GMBS**

09/02/2021 10:15 AM

To crespojl01@mailbuffalostate.edu

cc

Subject 1115 SHERIDAN LLC #241862


GARY D. THIGPEN
COLLECTION DEPARTMENT
GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP
813 JERICHO TURNPIKE
NEW HYDE PARK, NY 11040
TEL NO (516) 616-0734 EXT 1404

FAX NO:(516)-616-0748/53

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

*-THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY*
*INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE-*
*NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use*
*of the designated recipient(s) named above. This message may be an attorney/client communication and as such is*
*privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you*
*have received this document in error and that any review, dissemination, distribution or copying of this message is strictly*
*prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the*
*original message (including attachments).*
*This communication is from a debt collector.*

*-THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY*
*INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE-*
*NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use*
*of the designated recipient(s) named above. This message may be an attorney/client communication and as such is*
*privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you*
*have received this document in error and that any review, dissemination, distribution or copying of this message is strictly*
*prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the*
*original message (including attachments).*
*This communication is from a debt collector.*

*-THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY*
*INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE-*

*NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).*
*This communication is from a debt collector.*

## *Gutman, Mintz, Baker & Sonnenfeldt, LLP*
### *Attorneys at Law*
### *813 Jericho Turnpike*
### *New Hyde Park, NY 11040*
-----------------------------------------------
### *(516)616-0734 Phone (516)616-0753 Fax*

Thursday, September 02, 2021

Via Facsimile 716-635-7725
M&T BANK
626 COMMERCE DRIVE- 1ST FLOOR
LEGAL DOCUMENT PROCESSING AMHERST, NY 14228

Re:1511 SHERIDAN LLC
v. JOSE CRESPO
Index No.: 2890/05
SSN: REDACTED
File No.: 241862

### STIPULATION OF CONDITIONAL RELEASE

To Whom It May Concern:
Please be advised that a restraining order was sent to you on the above referenced account.  We now request that the account be released upon the remittance of a bank check to us in the amount of $1,200.00
**\*\*One Thousand Two Hundred Dollars and 00 Cents\*\***
Please have the check made payable to Gutman, Mintz, Baker and Sonnenfeldt, LLP and mail to the above address (Attn: Recovery Dept).

**Sworn to before me this**
   **Day of            2021**

                                    **DEFENDANT(S) SIGNATURE        DATE**

_____
**NOTARY PUBLIC**

**I Acknowledge the Judgment entered on 4/7/2005 under the instant index number.  It is my intention to satisfy the judgment and do herby authorize the withdrawal of the amount shown above as partial payment towards satisfying the judgment.  .**

Eric Keilbach, Esq.

To Bank/Credit Union Employee: If you are at a branch, please fax to your legal dept (fax number is at the top of page) after the defendant(s) have signed. Then fax completed copy back to us.
If defendant does not sign this conditional release within three (3) days of the date printed on the top, this conditional release is null and void.