| | |
|---|---|
| **From:** | Susan Shin <susan@neweconomynyc.org> |
| **Sent:** | Wednesday, October 27, 2021 9:34 PM |
| **To:** | EKeilbach@gmbsllp.com |
| **Cc:** | crespojl01@mail.buffalostate.edu |
| **Subject:** | Request for immediate release of Jose Crespo's restrained M&T Bank account (1511 Sheridan LLC v Jose L Crespo, Claim #241862) |
| **Attachments:** | MyWay Banking Analysis.pdf; EZChoice Checking Analysis.pdf; MyWay Banking Account Statements_Redacted.pdf; EZChoice Account Statement_Redacted.pdf; 401k Distribution_Redacted.pdf |

Dear Mr. Keilbach,

I am an attorney at New Economy Project, which is providing limited legal assistance to Jose Crespo, whose only current source of income is public assistance and whose M&T Bank account has been restrained by your law firm because of the default judgment in *1511 Sheridan LLC v. Jose L Crespo*, Civil Court of the City Court, County of Bronx, Index No. CV-002890-05/BX. On behalf of Mr. Crespo, we request that your firm release Mr. Crespo's M&T Bank account immediately. Mr. Crespo is cc'ed on this email and authorizes your firm to release information to New Economy Project; you may also respond only to Mr. Crespo if you prefer.

We understand that on or around August 30, 2021, your firm restrained Mr. Crespo's M&T Bank account containing only his exempt unemployment benefits. We further understand that though Mr. Crespo informed your firm that his restrained M&T Bank account contained only exempt funds, your firm refused to release his account unless he agreed to sign an agreement stating that he would pay $1,200 from the funds in his restrained account.

The attached documents demonstrate that all of the funds in Mr. Crespo's restrained account are exempt. The attached analysis of his "MyWay" account, which is the restrained account, shows that all the funds in his account at the time of the restraint were exempt as they consisted entirely of Mr. Crespo's unemployment benefits. This analysis was performed using the lowest intermediate balance principle of accounting, which deems nonexempt funds spent down before exempt funds and is the accounting principle prescribed by CPLR 5222-a(c)(4). Also attached is a copy of a secondary analysis showing that the March 17, 2021 transfer of $1,475.73 into the restrained MyWay account from Mr. Crespo's other M&T Bank account ("EZChoice") consisted of $1,159.22 in exempt funds and $316.51 in nonexempt funds (all of these nonexempt funds were spent down by the time of the restraint). Copies of the bank account statements on which the analyses are based, redacted of irrelevant information, are also attached. Also attached is a copy of documentation showing that the March 4, 2021 transfer of $1007.42 into Mr. Crespo's MyWay account was from his 401(k) account; these 401(k) funds are exempt under CPLR 5205(c)(2).

Because all of the funds in Mr. Crespo's restrained account are exempt unemployment benefits, his accounts should not be restrained under New York State law. We therefore request that you release Mr. Crespo's account immediately.

Please contact me to discuss the above at my Google Voice number, (929) 352-5791, or susan@neweconomynyc.org, or contact Mr. Crespo at crespojl01@mail.buffalostate.edu. I appreciate your prompt attention to this matter.

Sincerely,

Susan Shin

--
Susan Shin

Legal Director
New Economy Project
121 W. 27th St. # 804 | New York, NY 10001
212.680.5100, ext. 204 | neweconomynyc.org
susan@neweconomynyc.org


*Due to COVID-19, New Economy Project staff are working remotely. To reach me by phone, please call my Google Voice number at (929) 352-5791.*

---



Confidentiality Note: This email (including attachments) is intended only for the addressee and may contain information that is privileged and/or confidential. Distribution or copying of this email or its attachments by anyone other than the intended recipient is prohibited. If you have received this email in error, please notify us immediately by telephone at 212-680-5100 or email at info@neweconomynyc.org and destroy the original message and all copies.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | **EZChoice Checking Account Analysis (4700)** |
| Row | Date | Balance | Exempt Deposit | Nonexempt Deposit | Withdrawal | Exempt Funds in Account | Nonexempt Funds in Account | Notes On Deposit / Withdrawal |
| 1 | 3/13/2021 | $477.15 | | | | $0.00 | $477.15 | |
| 2 | 3/15/2021 | $467.36 | | | $9.79 | $0.00 | $467.36 | |
| 3 | 3/15/2021 | $440.90 | | | $26.46 | $0.00 | $440.90 | |
| 4 | 3/15/2021 | $357.10 | | | $83.80 | $0.00 | $357.10 | |
| 5 | 3/16/2021 | $348.05 | | | $9.05 | $0.00 | $348.05 | |
| 6 | 3/16/2021 | $316.51 | | | $31.54 | $0.00 | $316.51 | |
| 7 | 3/17/2021 | $1,716.51 | $1,400.00 | | | $1,400.00 | $316.51 | IRS Treas 310 Tax EIP (Economic Impact Payment) |
| 8 | 3/17/2021 | $240.78 | | | $1,475.73 | $240.78 | $0.00 | *Transfer to MyWay Banking Account (0717). At time of transfer, $316.51 nonexempt funds in account. Remaining $1,159.22 of transfer was exempt funds.* |

| Row | Date | Balance | Exempt Deposit | Nonexempt Deposit | Withdrawal / Restraint | Exempt Funds in Account | Nonexempt Funds in Account | Notes On Deposit / Withdrawal |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MyWay Banking Account Analysis (0717) | | |
| 1 | 1/5/2021 | $656.32 | | | | | $656.32 | |
| 2 | 1/6/2021 | $559.64 | | | $96.68 | | $559.64 | |
| 3 | 1/8/2021 | $500.00 | | | $59.64 | | $500.00 | |
| 4 | 1/11/2021 | $435.00 | | | $65.00 | | $435.00 | |
| 5 | 1/14/2021 | $842.62 | | $407.62 | | | $842.62 | |
| 6 | 1/14/2021 | $800.18 | | | $42.44 | | $800.18 | |
| 7 | 1/19/2021 | $763.17 | | | $37.01 | | $763.17 | |
| 8 | 1/19/2021 | $735.92 | | | $27.25 | | $735.92 | |
| 9 | 1/20/2021 | $626.05 | | | $109.87 | | $626.05 | |
| 10 | 1/20/2021 | $556.05 | | | $70.00 | | $556.05 | |
| 11 | 1/21/2021 | $856.05 | $300.00 | | | $300.00 | $556.05 | NYS DOL UI (Unemployment Insurance) |
| 12 | 1/21/2021 | $1,156.05 | $300.00 | | | $600.00 | $556.05 | NYS DOL UI |
| 13 | 1/21/2021 | $1,456.05 | $300.00 | | | $900.00 | $556.05 | NYS DOL UI |
| 14 | 1/21/2021 | $1,644.05 | $188.00 | | | $1,088.00 | $556.05 | NYS DOL UI |
| 15 | 1/21/2021 | $1,832.05 | $188.00 | | | $1,276.00 | $556.05 | NYS DOL UI |
| 16 | 1/21/2021 | $2,020.05 | $188.00 | | | $1,464.00 | $556.05 | NYS DOL UI |
| 17 | 1/21/2021 | $2,208.05 | $188.00 | | | $1,652.00 | $556.05 | NYS DOL UI |
| 18 | 1/21/2021 | $2,396.05 | $188.00 | | | $1,840.00 | $556.05 | NYS DOL UI |
| 19 | 1/21/2021 | $2,584.05 | $188.00 | | | $2,028.00 | $556.05 | NYS DOL UI |
| 20 | 1/21/2021 | $2,772.05 | $188.00 | | | $2,216.00 | $556.05 | NYS DOL UI |
| 21 | 1/21/2021 | $2,960.05 | $188.00 | | | $2,404.00 | $556.05 | NYS DOL UI |
| 22 | 1/21/2021 | $3,148.05 | $188.00 | | | $2,592.00 | $556.05 | NYS DOL UI |
| 23 | 1/21/2021 | $3,128.05 | | | $20.00 | $2,592.00 | $536.05 | |
| 24 | 1/21/2021 | $3,093.05 | | | $35.00 | $2,592.00 | $501.05 | |
| 25 | 1/22/2021 | $3,075.09 | | | $17.96 | $2,592.00 | $483.09 | |
| 26 | 1/22/2021 | $3,037.00 | | | $38.09 | $2,592.00 | $445.00 | |
| 27 | 1/25/2021 | $2,500.00 | | | $537.00 | $2,500.00 | $0.00 | |
| 28 | 1/26/2021 | $2,800.00 | $300.00 | | | $2,800.00 | $0.00 | NYS DOL UI |
| 29 | 1/26/2021 | $2,988.00 | $188.00 | | | $2,988.00 | $0.00 | NYS DOL UI |
| 30 | 1/27/2021 | $2,975.65 | | | $12.35 | $2,975.65 | $0.00 | |
| 31 | 1/27/2021 | $2,903.30 | | | $72.35 | $2,903.30 | $0.00 | |
| 32 | 1/29/2021 | $2,868.55 | | | $34.75 | $2,868.55 | $0.00 | |
| 33 | 1/29/2021 | $2,848.56 | | | $19.99 | $2,848.56 | $0.00 | |
| 34 | 2/1/2021 | $2,836.31 | | | $12.25 | $2,836.31 | $0.00 | |
| 35 | 2/2/2021 | $3,136.31 | $300.00 | | | $3,136.31 | $0.00 | |
| 36 | 2/2/2021 | $3,324.31 | $188.00 | | | $3,324.31 | $0.00 | |
| 37 | 2/5/2021 | $2,879.63 | | | $444.68 | $2,879.63 | $0.00 | |
| 38 | 2/5/2021 | $2,729.63 | | | $150.00 | $2,729.63 | $0.00 | |
| 39 | 2/5/2021 | $2,620.68 | | | $108.95 | $2,620.68 | $0.00 | |
| 40 | 2/8/2021 | $2,524.00 | | | $96.68 | $2,524.00 | $0.00 | |
| 41 | 2/8/2021 | $2,400.00 | | | $124.00 | $2,400.00 | $0.00 | |

| Row | Date | Balance | Exempt Deposit | Nonexempt Deposit | Withdrawal / Restraint | Exempt Funds in Account | Nonexempt Funds in Account | Notes On Deposit / Withdrawal |
|---|---|---|---|---|---|---|---|---|
| 42 | 2/9/2021 | $2,700.00 | $300.00 | | | $2,700.00 | $0.00 | NYS DOL UI |
| 43 | 2/9/2021 | $2,888.00 | $188.00 | | | $2,888.00 | $0.00 | NYS DOL UI |
| 44 | 2/10/2021 | $2,868.98 | | | $19.02 | $2,868.98 | $0.00 | |
| 45 | 2/12/2021 | $2,859.66 | | | $9.32 | $2,859.66 | $0.00 | |
| 46 | 2/17/2021 | $3,159.66 | $300.00 | | | $3,159.66 | $0.00 | NYS DOL UI |
| 47 | 2/17/2021 | $3,347.66 | $188.00 | | | $3,347.66 | $0.00 | NYS DOL UI |
| 48 | 2/22/2021 | $3,327.66 | | | $20.00 | $3,327.66 | $0.00 | |
| 49 | 2/23/2021 | $3,627.66 | $300.00 | | | $3,627.66 | $0.00 | NYS DOL UI |
| 50 | 2/23/2021 | $3,815.66 | $188.00 | | | $3,815.66 | $0.00 | NYS DOL UI |
| 51 | 2/26/2021 | $3,500.00 | | | $315.66 | $3,500.00 | $0.00 | |
| 52 | 3/1/2021 | $3,495.01 | | | $4.99 | $3,495.01 | $0.00 | |
| 53 | 3/1/2021 | $3,482.10 | | | $12.91 | $3,482.10 | $0.00 | |
| 54 | 3/2/2021 | $3,782.10 | $300.00 | | | $3,782.10 | $0.00 | NYS DOL UI |
| 55 | 3/2/2021 | $3,970.10 | $188.00 | | | $3,970.10 | $0.00 | NYS DOL UI |
| 56 | 3/2/2021 | $3,881.23 | | | $88.87 | $3,881.23 | $0.00 | |
| 57 | 3/3/2021 | $4,052.23 | | $171.00 | | $3,881.23 | $171.00 | |
| 58 | 3/3/2021 | $3,591.19 | | | $461.04 | $3,591.19 | $0.00 | |
| 59 | 3/3/2021 | $3,571.07 | | | $20.12 | $3,571.07 | $0.00 | |
| 60 | 3/3/2021 | $3,467.07 | | | $104.00 | $3,467.07 | $0.00 | |
| 61 | 3/4/2021 | $4,474.49 | $1,007.42 | | | $4,474.49 | $0.00 | Principal Trust (401(k) Funds) |
| 62 | 3/4/2021 | $4,200.00 | | | $274.49 | $4,200.00 | $0.00 | |
| 63 | 3/4/2021 | $4,199.99 | | | $0.01 | $4,199.99 | $0.00 | |
| 64 | 3/4/2021 | $3,732.92 | | | $467.07 | $3,732.92 | $0.00 | |
| 65 | 3/5/2021 | $3,600.00 | | | $132.92 | $3,600.00 | $0.00 | |
| 66 | 3/8/2021 | $3,503.32 | | | $96.68 | $3,503.32 | $0.00 | |
| 67 | 3/8/2021 | $3,493.55 | | | $9.77 | $3,493.55 | $0.00 | |
| 68 | 3/8/2021 | $3,478.32 | | | $15.23 | $3,478.32 | $0.00 | |
| 69 | 3/9/2021 | $3,778.32 | $300.00 | | | $3,778.32 | $0.00 | NYS DOL UI |
| 70 | 3/9/2021 | $3,966.32 | $188.00 | | | $3,966.32 | $0.00 | NYS DOL UI |
| 71 | 3/10/2021 | $3,732.64 | | | $233.68 | $3,732.64 | $0.00 | |
| 72 | 3/10/2021 | $3,632.64 | | | $100.00 | $3,632.64 | $0.00 | |
| 73 | 3/10/2021 | $3,600.00 | | | $32.64 | $3,600.00 | $0.00 | |
| 74 | 3/16/2021 | $3,900.00 | $300.00 | | | $3,900.00 | $0.00 | NYS DOL UI |
| 75 | 3/16/2021 | $4,088.00 | $188.00 | | | $4,088.00 | $0.00 | NYS DOL UI |

Table title: *MyWay Banking Account Analysis (0717)*

| Row | Date | Balance | Exempt Deposit | Nonexempt Deposit | Withdrawal / Restraint | Exempt Funds in Account | Nonexempt Funds in Account | Notes On Deposit / Withdrawal |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MyWay Banking Account Analysis (0717)* |
| 76 | 3/17/2021 | $5,563.73 | $1,159.22 | $316.51 | | $5,247.22 | $316.51 | Transfer from EZChoice Checking Account (4700). At time of transfer, $316.51 nonexempt funds in account. Remaining $1,159.22 of transfer was exempt funds. |
| 77 | 3/17/2021 | $5,407.92 | | | $155.81 | $5,247.22 | $160.70 | |
| 78 | 3/18/2021 | $5,375.19 | | | $32.73 | $5,247.22 | $127.97 | |
| 79 | 3/18/2021 | $5,344.19 | | | $31.00 | $5,247.22 | $96.97 | |
| 80 | 3/19/2021 | $5,100.00 | | | $244.19 | $5,100.00 | $0.00 | |
| 81 | 3/19/2021 | $5,000.00 | | | $100.00 | $5,000.00 | $0.00 | |
| 82 | 3/23/2021 | $5,188.00 | $188.00 | | | $5,188.00 | $0.00 | NYS DOL UI |
| 83 | 3/24/2021 | $5,488.00 | $300.00 | | | $5,488.00 | $0.00 | NYS DOL UI |
| 84 | 3/26/2021 | $5,478.27 | | | $9.73 | $5,478.27 | $0.00 | |
| 85 | 3/26/2021 | $5,045.97 | | | $432.30 | $5,045.97 | $0.00 | |
| 86 | 3/30/2021 | $5,345.97 | $300.00 | | | $5,345.97 | $0.00 | NYS DOL UI |
| 87 | 3/30/2021 | $5,533.97 | $188.00 | | | $5,533.97 | $0.00 | NYS DOL UI |
| 88 | 4/5/2021 | $5,104.00 | | | $429.97 | $5,104.00 | $0.00 | |
| 89 | 4/5/2021 | $4,969.08 | | | $134.92 | $4,969.08 | $0.00 | |
| 90 | 4/5/2021 | $4,865.08 | | | $104.00 | $4,865.08 | $0.00 | |
| 91 | 4/6/2021 | $5,165.08 | $300.00 | | | $5,165.08 | $0.00 | NYS DOL UI |
| 92 | 4/6/2021 | $5,353.08 | $188.00 | | | $5,353.08 | $0.00 | NYS DOL UI |
| 93 | 4/6/2021 | $5,096.68 | | | $256.40 | $5,096.68 | $0.00 | |
| 94 | 4/6/2021 | $5,000.00 | | | $96.68 | $5,000.00 | $0.00 | |
| 95 | 4/9/2021 | $4,707.13 | | | $292.87 | $4,707.13 | $0.00 | |
| 96 | 4/12/2021 | $4,509.52 | | | $197.61 | $4,509.52 | $0.00 | |
| 97 | 4/13/2021 | $4,809.52 | $300.00 | | | $4,809.52 | $0.00 | NYS DOL UI |
| 98 | 4/13/2021 | $4,997.52 | $188.00 | | | $4,997.52 | $0.00 | NYS DOL UI |
| 99 | 4/15/2021 | $4,499.60 | | | $497.92 | $4,499.60 | $0.00 | |
| 100 | 4/16/2021 | $4,999.60 | | $500.00 | | $4,499.60 | $500.00 | |
| 101 | 4/20/2021 | $5,299.60 | $300.00 | | | $4,799.60 | $500.00 | NYS DOL UI |
| 102 | 4/20/2021 | $5,487.60 | $188.00 | | | $4,987.60 | $500.00 | NYS DOL UI |
| 103 | 4/27/2021 | $5,787.60 | $300.00 | | | $5,287.60 | $500.00 | NYS DOL UI |
| 104 | 4/27/2021 | $5,975.60 | $188.00 | | | $5,475.60 | $500.00 | NYS DOL UI |
| 105 | 5/3/2021 | $5,200.00 | | | $775.60 | $5,200.00 | $0.00 | |
| 106 | 5/4/2021 | $5,500.00 | $300.00 | | | $5,500.00 | $0.00 | NYS DOL UI |
| 107 | 5/4/2021 | $5,688.00 | $188.00 | | | $5,688.00 | $0.00 | NYS DOL UI |
| 108 | 5/4/2021 | $5,665.14 | | | $22.86 | $5,665.14 | $0.00 | |
| 109 | 5/5/2021 | $5,619.42 | | | $45.72 | $5,619.42 | $0.00 | |
| 110 | 5/5/2021 | $5,392.30 | | | $227.12 | $5,392.30 | $0.00 | |

| Row | Date | Balance | Exempt Deposit | Nonexempt Deposit | Withdrawal / Restraint | Exempt Funds in Account | Nonexempt Funds in Account | Notes On Deposit / Withdrawal |
|---|---|---|---|---|---|---|---|---|
| 111 | 5/6/2021 | $5,288.30 | | | $104.00 | $5,288.30 | $0.00 | |
| 112 | 5/6/2021 | $5,191.62 | | | $96.68 | $5,191.62 | $0.00 | |
| 113 | 5/7/2021 | $5,000.00 | | | $191.62 | $5,000.00 | $0.00 | |
| 114 | 5/11/2021 | $5,300.00 | $300.00 | | | $5,300.00 | $0.00 | NYS DOL UI |
| 115 | 5/11/2021 | $5,488.00 | $188.00 | | | $5,488.00 | $0.00 | NYS DOL UI |
| 116 | 5/17/2021 | $5,388.00 | | | $100.00 | $5,388.00 | $0.00 | |
| 117 | 5/18/2021 | $5,688.00 | $300.00 | | | $5,688.00 | $0.00 | NYS DOL UI |
| 118 | 5/18/2021 | $5,876.00 | $188.00 | | | $5,876.00 | $0.00 | NYS DOL UI |
| 119 | 5/20/2021 | $5,827.05 | | | $48.95 | $5,827.05 | $0.00 | |
| 120 | 5/20/2021 | $5,796.60 | | | $30.45 | $5,796.60 | $0.00 | |
| 121 | 5/21/2021 | $5,594.60 | | | $202.00 | $5,594.60 | $0.00 | |
| 122 | 5/21/2021 | $5,561.77 | | | $32.83 | $5,561.77 | $0.00 | |
| 123 | 5/24/2021 | $5,540.02 | | | $21.75 | $5,540.02 | $0.00 | |
| 124 | 5/24/2021 | $5,510.02 | | | $30.00 | $5,510.02 | $0.00 | |
| 125 | 5/24/2021 | $5,491.13 | | | $18.89 | $5,491.13 | $0.00 | |
| 126 | 5/24/2021 | $5,371.13 | | | $120.00 | $5,371.13 | $0.00 | |
| 127 | 5/25/2021 | $5,671.13 | $300.00 | | | $5,671.13 | $0.00 | NYS DOL UI |
| 128 | 5/25/2021 | $5,859.13 | $188.00 | | | $5,859.13 | $0.00 | NYS DOL UI |
| 129 | 6/1/2021 | $5,717.07 | | | $142.06 | $5,717.07 | $0.00 | |
| 130 | 6/2/2021 | $6,017.07 | $300.00 | | | $6,017.07 | $0.00 | NYS DOL UI |
| 131 | 6/2/2021 | $6,205.07 | $188.00 | | | $6,205.07 | $0.00 | NYS DOL UI |
| 132 | 6/2/2021 | $5,404.00 | | | $801.07 | $5,404.00 | $0.00 | |
| 133 | 6/2/2021 | $5,268.78 | | | $135.22 | $5,268.78 | $0.00 | |
| 134 | 6/3/2021 | $5,164.78 | | | $104.00 | $5,164.78 | $0.00 | |
| 135 | 6/4/2021 | $5,152.83 | | | $11.95 | $5,152.83 | $0.00 | |
| 136 | 6/4/2021 | $5,118.86 | | | $33.97 | $5,118.86 | $0.00 | |
| 137 | 6/4/2021 | $5,115.86 | | | $3.00 | $5,115.86 | $0.00 | |
| 138 | 6/7/2021 | $5,100.86 | | | $15.00 | $5,100.86 | $0.00 | |
| 139 | 6/8/2021 | $5,400.86 | $300.00 | | | $5,400.86 | $0.00 | NYS DOL UI |
| 140 | 6/8/2021 | $5,588.86 | $188.00 | | | $5,588.86 | $0.00 | NYS DOL UI |
| 141 | 6/8/2021 | $5,492.18 | | | $96.68 | $5,492.18 | $0.00 | |
| 142 | 6/5/2021 | $5,792.18 | $300.00 | | | $5,792.18 | $0.00 | NYS DOL UI |
| 143 | 6/5/2021 | $5,980.18 | $188.00 | | | $5,980.18 | $0.00 | NYS DOL UI |
| 144 | 6/21/2021 | $5,797.68 | | | $182.50 | $5,797.68 | $0.00 | |
| 145 | 6/22/2021 | $6,097.68 | $300.00 | | | $6,097.68 | $0.00 | NYS DOL UI |
| 146 | 6/22/2021 | $6,285.68 | $188.00 | | | $6,285.68 | $0.00 | NYS DOL UI |
| 147 | 6/24/2021 | $6,120.58 | | | $165.10 | $6,120.58 | $0.00 | |
| 148 | 6/28/2021 | $5,770.58 | | | $350.00 | $5,770.58 | $0.00 | |
| 149 | 6/29/2021 | $6,070.58 | $300.00 | | | $6,070.58 | $0.00 | NYS DOL UI |
| 150 | 6/29/2021 | $6,258.58 | $188.00 | | | $6,258.58 | $0.00 | NYS DOL UI |
| 151 | 7/6/2021 | $6,077.47 | | | $181.11 | $6,077.47 | $0.00 | |
| 152 | 7/6/2021 | $5,310.96 | | | $766.51 | $5,310.96 | $0.00 | |
| 153 | 7/6/2021 | $5,304.00 | | | $6.96 | $5,304.00 | $0.00 | |

*MyWay Banking Account Analysis (0717)*

| | | | | | Exempt | Nonexempt | |
| Row | Date | Balance | Exempt Deposit | Nonexempt Deposit | Withdrawal / Restraint | Funds in Account | Funds in Account | Notes On Deposit / Withdrawal |
|---|---|---|---|---|---|---|---|---|
| 154 | 7/6/2021 | $5,200.00 | | | $104.00 | $5,200.00 | $0.00 | |
| 155 | 7/6/2021 | $5,158.00 | | | $42.00 | $5,158.00 | $0.00 | |
| 156 | 7/6/2021 | $5,113.01 | | | $44.99 | $5,113.01 | $0.00 | |
| 157 | 7/6/2021 | $5,089.97 | | | $23.04 | $5,089.97 | $0.00 | |
| 158 | 7/6/2021 | $5,059.84 | | | $30.13 | $5,059.84 | $0.00 | |
| 159 | 7/6/2021 | $5,057.09 | | | $2.75 | $5,057.09 | $0.00 | |
| 160 | 7/7/2021 | $6,057.09 | | $1,000.00 | | $5,057.09 | $1,000.00 | |
| 161 | 7/7/2021 | $6,357.09 | $300.00 | | | $5,357.09 | $1,000.00 | NYS DOL UI |
| 162 | 7/7/2021 | $6,545.09 | $188.00 | | | $5,545.09 | $1,000.00 | NYS DOL UI |
| 163 | 7/7/2021 | $6,541.74 | | | $3.35 | $5,545.09 | $996.65 | |
| 164 | 7/12/2021 | $6,519.38 | | | $22.36 | $5,545.09 | $974.29 | |
| 165 | 7/13/2021 | $6,819.38 | $300.00 | | | $5,845.09 | $974.29 | NYS DOL UI |
| 166 | 7/13/2021 | $7,007.38 | $188.00 | | | $6,033.09 | $974.29 | NYS DOL UI |
| 167 | 7/14/2021 | $6,824.45 | | | $182.93 | $6,033.09 | $791.36 | |
| 168 | 7/14/2021 | $6,795.59 | | | $28.86 | $6,033.09 | $762.50 | |
| 169 | 7/15/2021 | $6,666.60 | | | $128.99 | $6,033.09 | $633.51 | |
| 170 | 7/20/2021 | $6,966.60 | $300.00 | | | $6,333.09 | $633.51 | NYS DOL UI |
| 171 | 7/20/2021 | $7,154.60 | $188.00 | | | $6,521.09 | $633.51 | NYS DOL UI |
| 172 | 7/20/2021 | $7,132.76 | | | $21.84 | $6,521.09 | $611.67 | |
| 173 | 7/21/2021 | $6,972.76 | | | $160.00 | $6,521.09 | $451.67 | |
| 174 | 7/23/2021 | $6,872.76 | | | $100.00 | $6,521.09 | $351.67 | |
| 175 | 7/23/2021 | $6,772.76 | | | $100.00 | $6,521.09 | $251.67 | |
| 176 | 7/26/2021 | $6,659.96 | | | $112.80 | $6,521.09 | $138.87 | |
| 177 | 7/26/2021 | $6,642.76 | | | $17.20 | $6,521.09 | $121.67 | |
| 178 | 7/27/2021 | $6,942.76 | $300.00 | | | $6,821.09 | $121.67 | NYS DOL UI |
| 179 | 7/27/2021 | $7,130.76 | $188.00 | | | $7,009.09 | $121.67 | NYS DOL UI |
| 180 | 7/29/2021 | $6,938.30 | | | $192.46 | $6,938.30 | $0.00 | |
| 181 | 7/30/2021 | $6,600.00 | | | $338.30 | $6,600.00 | $0.00 | |
| 182 | 8/2/2021 | $6,577.12 | | | $22.88 | $6,577.12 | $0.00 | |
| 183 | 8/3/2021 | $6,877.12 | $300.00 | | | $6,877.12 | $0.00 | NYS DOL UI |
| 184 | 8/3/2021 | $7,065.12 | $188.00 | | | $7,065.12 | $0.00 | NYS DOL UI |
| 185 | 8/3/2021 | $6,946.31 | | | $118.81 | $6,946.31 | $0.00 | |
| 186 | 8/4/2021 | $6,104.00 | | | $842.31 | $6,104.00 | $0.00 | |
| 187 | 8/5/2021 | $5,104.00 | | | $1,000.00 | $5,104.00 | $0.00 | |
| 188 | 8/5/2021 | $5,000.00 | | | $104.00 | $5,000.00 | $0.00 | |
| 189 | 8/5/2021 | $4,953.32 | | | $46.68 | $4,953.32 | $0.00 | |
| 190 | 8/6/2021 | $4,940.33 | | | $12.99 | $4,940.33 | $0.00 | |
| 191 | 8/6/2021 | $4,903.41 | | | $36.92 | $4,903.41 | $0.00 | |
| 192 | 8/9/2021 | $4,864.99 | | | $38.42 | $4,864.99 | $0.00 | |
| 193 | 8/9/2021 | $4,836.16 | | | $28.83 | $4,836.16 | $0.00 | |
| 194 | 8/9/2021 | $4,762.48 | | | $73.68 | $4,762.48 | $0.00 | |
| 195 | 8/9/2021 | $4,692.52 | | | $69.96 | $4,692.52 | $0.00 | |
| 196 | 8/10/2021 | $4,992.52 | $300.00 | | | $4,992.52 | $0.00 | NYS DOL UI |

| Row | Date | Balance | Exempt Deposit | Nonexempt Deposit | Withdrawal / Restraint | Exempt Funds in Account | Nonexempt Funds in Account | Notes On Deposit / Withdrawal |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MyWay Banking Account Analysis (0717)* |
| 197 | 8/10/2021 | $5,180.52 | $188.00 | | | $5,180.52 | $0.00 | NYS DOL UI |
| 198 | 8/11/2021 | $5,082.57 | | | $97.95 | $5,082.57 | $0.00 | |
| 199 | 8/16/2021 | $5,000.00 | | | $82.57 | $5,000.00 | $0.00 | |
| 200 | 8/17/2021 | $5,300.00 | $300.00 | | | $5,300.00 | $0.00 | NYS DOL UI |
| 201 | 8/17/2021 | $5,488.00 | $188.00 | | | $5,488.00 | $0.00 | NYS DOL UI |
| 202 | 8/17/2021 | $5,477.12 | | | $10.88 | $5,477.12 | $0.00 | |
| 203 | 8/18/2021 | $5,417.12 | | | $60.00 | $5,417.12 | $0.00 | |
| 204 | 8/18/2021 | $5,406.28 | | | $10.84 | $5,406.28 | $0.00 | |
| 205 | 8/19/2021 | $5,370.40 | | | $35.88 | $5,370.40 | $0.00 | |
| 206 | 8/20/2021 | $5,339.30 | | | $31.10 | $5,339.30 | $0.00 | |
| 207 | 8/23/2021 | $5,304.89 | | | $34.41 | $5,304.89 | $0.00 | |
| 208 | 8/23/2021 | $5,254.83 | | | $50.06 | $5,254.83 | $0.00 | |
| 209 | 8/23/2021 | $5,190.03 | | | $64.80 | $5,190.03 | $0.00 | |
| 210 | 8/24/2021 | $5,490.03 | $300.00 | | | $5,490.03 | $0.00 | NYS DOL UI |
| 211 | 8/24/2021 | $5,678.03 | $188.00 | | | $5,678.03 | $0.00 | NYS DOL UI |
| 212 | 8/25/2021 | $5,608.03 | | | $70.00 | $5,608.03 | $0.00 | |
| 213 | 8/25/2021 | $5,587.07 | | | $20.96 | $5,587.07 | $0.00 | |
| 214 | 8/26/2021 | $5,500.00 | | | $87.07 | $5,500.00 | $0.00 | |
| 215 | 8/27/2021 | $5,286.74 | | | $213.26 | $5,286.74 | $0.00 | |
| 216 | 8/27/2021 | $5,074.81 | | | $211.93 | $5,074.81 | $0.00 | |
| 217 | 8/27/2021 | $5,067.20 | | | $7.61 | $5,067.20 | $0.00 | |
| 218 | 8/27/2021 | $5,056.91 | | | $10.29 | $5,056.91 | $0.00 | |
| 219 | 8/30/2021 | $4,856.91 | | | $200.00 | $4,856.91 | $0.00 | |
| 220 | 8/30/2021 | $4,834.32 | | | $22.59 | $4,834.32 | $0.00 | |
| 221 | 8/30/2021 | $4,806.76 | | | $27.56 | $4,806.76 | $0.00 | |
| 222 | 8/30/2021 | $4,736.64 | | | $70.12 | $4,736.64 | $0.00 | |
| 223 | 8/31/2021 | $5,036.64 | $300.00 | | | $5,036.64 | $0.00 | NYS DOL UI |
| 224 | 8/31/2021 | $5,224.64 | $188.00 | | | $5,224.64 | $0.00 | NYS DOL UI |
| 225 | 8/31/2021 | $5,191.99 | | | $32.65 | $5,191.99 | $0.00 | |
| 226 | 9/1/2021 | $5,081.99 | | | $110.00 | $5,081.99 | $0.00 | Legal Processing Fee *($0 nonexempt funds in account at time of freeze)* |

# M&T Bank

**FOR INQUIRIES CALL:**   (800) 724-2440

00   0 00056M NM  017

000000                                            N

**JOSE L CRESPO**

REDACTED

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ███4700 | MAR.13-APR.12,2021 |

| | |
|---|---|
| BEGINNING BALANCE | $477.15 |
| DEPOSITS & CREDITS | ███ |
| LESS CHECKS & DEBITS | ███ |
| LESS SERVICE CHARGES | ███ |
| ENDING BALANCE | ███ |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                    UNIVERSITY PLAZA OFFICE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $477.15 | █ | ███ | █ | ███ | █ | ███ | █ | ███ |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/13/2021 | BEGINNING BALANCE | | | $477.15 |
| 03/15/2021 | ████████████ | | $9.79 | |
| 03/15/2021 | ████████████ | | 26.46 | |
| 03/15/2021 | ████████ ████ | | 83.80 | 357.10 |
| 03/16/2021 | ████████ | | 9.05 | |
| 03/16/2021 | ████████████ | | 31.54 | 316.51 |
| 03/17/2021 | IRS TREAS 310 TAXEIP3 | $1,400.00 | | |
| 03/17/2021 | WEB XFER TO CHK ████ 0717 | | 1,475.73 | 240.78 |
| ████ | ████████████ | | ███ | ███ |
| ████ | ████████████ | | ███ | ███ |
| ████ | ████████████ | | ███ | ███ |
| ████ | ████ ████ | | ███ | ███ |
| ████ | ████████████ | ███ | ███ | ███ |
| ████ | ████████ ████ | | ███ | ███ |
| ████ | ████████████ | ███ | ███ | ███ |
| ████ | ████████ | | ███ | ███ |
| ████ | ████████ | | ███ | ███ |
| ████ | ████████ | | ███ | ███ |
| ████ | ████████████ | | ███ | ███ |
| ████ | ████████████ | | ███ | ███ |
| | ████ | | | ███ |

# M&T Bank

**FOR INQUIRIES CALL:** **(800) 724-2440**

00   0 01269M NM  017

000000                                              P

**JOSE L CRESPO**
REDACTED

| ACCOUNT TYPE | |
|---|---|
| **MYWAY BANKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▮▮0717 | **JAN.05-FEB.04,2021** |

| | |
|---|---|
| **BEGINNING BALANCE** | **$656.32** |
| **DEPOSITS & CREDITS** | **3,975.62** |
| **LESS CHECKS & DEBITS** | **1,307.63** |
| **LESS SERVICE CHARGES** | **0.00** |
| **ENDING BALANCE** | **$3,324.31** |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                    NEW YORK CITY SERVICE CENTER

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $656.32 | 17 | $3,975.62 | 0 | $0.00 | 18 | $1,307.63 | $0.00 | $3,324.31 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/05/2021 | BEGINNING BALANCE | | | $656.32 |
| 01/06/2021 | ▬▬▬▬▬▬ | | $96.68 | 559.64 |
| 01/08/2021 | ▬▬▬▬▬ | | 59.64 | 500.00 |
| 01/11/2021 | ▬▬▬ ▬▬ | | 65.00 | 435.00 |
| 01/14/2021 | ▬▬▬▬▬▬▬ | $407.62 | | |
| 01/14/2021 | ▬▬▬▬▬▬ | | 42.44 | 800.18 |
| 01/19/2021 | ▬▬▬▬▬▬ | | 37.01 | |
| 01/19/2021 | ▬▬▬▬▬▬ | | 27.25 | 735.92 |
| 01/20/2021 | ▬▬▬▬▬▬ | | 109.87 | |
| 01/20/2021 | ▬▬▬▬▬ | | 70.00 | 556.05 |
| 01/21/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 01/21/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 01/21/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 01/21/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 01/21/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 01/21/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 01/21/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 01/21/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 01/21/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 01/21/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 01/21/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 01/21/2021 | ▬▬▬▬ ▬▬ | | 20.00 | |
| 01/21/2021 | ▬▬▬▬▬ | | 35.00 | 3,093.05 |
| 01/22/2021 | ▬▬▬▬▬▬▬I | | 17.96 | |
| 01/22/2021 | ▬▬▬▬▬ | | 38.09 | 3,037.00 |
| 01/25/2021 | ▬▬▬▬▬ | | 537.00 | 2,500.00 |
| 01/26/2021 | NYS DOL UI DD UI DD | 300.00 | | |

# M&T Bank

**FOR INQUIRIES CALL:   (800) 724-2440**

| ACCOUNT TYPE | |
|---|---|
| **MYWAY BANKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ████ 0717 | **JAN.05-FEB.04,2021** |

**JOSE L CRESPO**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/26/2021 | NYS DOL UI DD UI DD | 188.00 | | 2,988.00 |
| 01/27/2021 | ███████████ | | 12.35 | |
| 01/27/2021 | ███████████ | | 72.35 | 2,903.30 |
| 01/29/2021 | ███████████ | | 34.75 | |
| 01/29/2021 | ███████████ | | 19.99 | 2,848.56 |
| 02/01/2021 | ███████████ | | 12.25 | 2,836.31 |
| 02/02/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 02/02/2021 | NYS DOL UI DD UI DD | 188.00 | | 3,324.31 |
| | ENDING BALANCE | | | $3,324.31 |

# M&T Bank

**FOR INQUIRIES CALL:**    (800) 724-2440

00   0 01269M NM  017

000000                                             P

**JOSE L CRESPO**
REDACTED

| ACCOUNT TYPE | |
|---|---|
| **MYWAY BANKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▮0717 | FEB.05-MAR.04,2021 |

| | |
|---|---|
| **BEGINNING BALANCE** | **$3,324.31** |
| **DEPOSITS & CREDITS** | **3,130.42** |
| **LESS CHECKS & DEBITS** | **2,721.81** |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $3,732.92 |

INTEREST EARNED FOR STATEMENT PERIOD            $0.00                    NEW YORK CITY SERVICE CENTER

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $3,324.31 | 10 | $3,130.42 | 0 | $0.00 | 18 | $2,721.81 | $0.00 | $3,732.92 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/05/2021 | BEGINNING BALANCE | | | $3,324.31 |
| 02/05/2021 | ▮▮▮▮▮▮▮▮ | | $444.68 | |
| 02/05/2021 | ▮▮▮ ▮▮▮ | | 150.00 | |
| 02/05/2021 | ▮▮▮▮▮ | | 108.95 | 2,620.68 |
| 02/08/2021 | ▮▮▮▮▮ | | 96.68 | |
| 02/08/2021 | ▮▮▮ ▮▮▮ | | 124.00 | 2,400.00 |
| 02/09/2021 | NYS DOL UI DD UI DD | $300.00 | | |
| 02/09/2021 | NYS DOL UI DD UI DD | 188.00 | | 2,888.00 |
| 02/10/2021 | ▮▮▮▮▮ | | 19.02 | 2,868.98 |
| 02/12/2021 | ▮▮▮▮▮ | | 9.32 | 2,859.66 |
| 02/17/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 02/17/2021 | NYS DOL UI DD UI DD | 188.00 | | 3,347.66 |
| 02/22/2021 | ▮▮▮ ▮▮▮ | | 20.00 | 3,327.66 |
| 02/23/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 02/23/2021 | NYS DOL UI DD UI DD | 188.00 | | 3,815.66 |
| 02/26/2021 | ▮▮▮▮▮ | | 315.66 | 3,500.00 |
| 03/01/2021 | ▮▮▮▮▮ | | 4.99 | |
| 03/01/2021 | ▮▮▮▮▮ | | 12.91 | 3,482.10 |
| 03/02/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 03/02/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 03/02/2021 | ▮▮▮▮▮ | | 88.87 | 3,881.23 |
| 03/03/2021 | ▮▮▮ ▮▮▮ | 171.00 | | |
| 03/03/2021 | ▮▮▮▮▮ | | 461.04 | |
| 03/03/2021 | ▮▮▮▮▮ | | 20.12 | |
| 03/03/2021 | ▮▮▮▮▮ | | 104.00 | 3,467.07 |
| 03/04/2021 | PRINCIPAL TRUST DR CR | 1,007.42 | | |
| 03/04/2021 | ▮▮▮▮▮ | | 274.49 | |
| 03/04/2021 | ▮▮▮ ▮▮▮ | | 0.01 | |

**PAGE 1 OF 3**

# M&T Bank

**FOR INQUIRIES CALL:    (800) 724-2440**

| ACCOUNT TYPE | |
|---|---|
| **MYWAY BANKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ███████0717 | **FEB.05-MAR.04,2021** |

**JOSE L CRESPO**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/04/2021 | ████████  ████████ | | 467.07 | 3,732.92 |
| | ENDING BALANCE | | | $3,732.92 |

# M&T Bank

**FOR INQUIRIES CALL:   (800) 724-2440**

| ACCOUNT TYPE | |
|---|---|
| **MYWAY BANKING** | |

00   0 01269M NM  017

000000                                    P

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▉0717 | **MAR.05-APR.02,2021** |

**JOSE L CRESPO**

REDACTED

| BEGINNING BALANCE | **$3,732.92** |
|---|---|
| DEPOSITS & CREDITS | **3,427.73** |
| LESS CHECKS & DEBITS | **1,626.68** |
| LESS SERVICE CHARGES | **0.00** |
| ENDING BALANCE | **$5,533.97** |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                    NEW YORK CITY SERVICE CENTER

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $3,732.92 | 9 | $3,427.73 | 0 | $0.00 | 14 | $1,626.68 | $0.00 | $5,533.97 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/05/2021 | BEGINNING BALANCE | | | $3,732.92 |
| 03/05/2021 | ▉ | | $132.92 | 3,600.00 |
| 03/08/2021 | ▉ | | 96.68 | |
| 03/08/2021 | ▉ | | 9.77 | |
| 03/08/2021 | ▉ | | 15.23 | 3,478.32 |
| 03/09/2021 | NYS DOL UI DD UI DD | $300.00 | | |
| 03/09/2021 | NYS DOL UI DD UI DD | 188.00 | | 3,966.32 |
| 03/10/2021 | ▉ | | 233.68 | |
| 03/10/2021 | ▉ | | 100.00 | |
| 03/10/2021 | ▉ | | 32.64 | 3,600.00 |
| 03/16/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 03/16/2021 | NYS DOL UI DD UI DD | 188.00 | | 4,088.00 |
| 03/17/2021 | WEB XFER FROM CHK ▉4700 | 1,475.73 | | |
| 03/17/2021 | ▉ | | 155.81 | 5,407.92 |
| 03/18/2021 | ▉ | | 32.73 | |
| 03/18/2021 | ▉ | | 31.00 | 5,344.19 |
| 03/19/2021 | ▉ | | 244.19 | |
| 03/19/2021 | ▉ | | 100.00 | |
| | | | | 5,000.00 |
| 03/23/2021 | NYS DOL UI DD UI DD | 188.00 | | 5,188.00 |
| 03/24/2021 | NYS DOL UI DD UI DD | 300.00 | | 5,488.00 |
| 03/26/2021 | ▉ | | 9.73 | |
| 03/26/2021 | ▉ | | 432.30 | 5,045.97 |
| 03/30/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 03/30/2021 | NYS DOL UI DD UI DD | 188.00 | | 5,533.97 |
| | ENDING BALANCE | | | $5,533.97 |

**PAGE 1 OF 2**

# M&T Bank

**FOR INQUIRIES CALL:**    **(800) 724-2440**

**00    0 01269M NM  017**

000000                                          P

**JOSE L CRESPO**
REDACTED

INTEREST EARNED FOR STATEMENT PERIOD              $0.00                    NEW YORK CITY SERVICE CENTER

| ACCOUNT TYPE | |
|---|---|
| MYWAY BANKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▉0717 | APR.03-MAY.04,2021 |

| | |
|---|---|
| **BEGINNING BALANCE** | **$5,533.97** |
| **DEPOSITS & CREDITS** | **2,940.00** |
| **LESS CHECKS & DEBITS** | **2,808.83** |
| **LESS SERVICE CHARGES** | **0.00** |
| **ENDING BALANCE** | **$5,665.14** |

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $5,533.97 | 11 | $2,940.00 | 0 | $0.00 | 10 | $2,808.83 | $0.00 | $5,665.14 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/03/2021 | BEGINNING BALANCE | | | $5,533.97 |
| 04/05/2021 | ▉▉▉▉▉▉▉▉▉▉ | | $429.97 | |
| 04/05/2021 | ▉▉▉▉ ▉▉▉▉ | | 134.92 | |
| 04/05/2021 | ▉▉▉▉ ▉▉▉ | | 104.00 | 4,865.08 |
| 04/06/2021 | NYS DOL UI DD UI DD | $300.00 | | |
| 04/06/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 04/06/2021 | ▉▉▉▉▉▉▉▉▉ | | 256.40 | |
| 04/06/2021 | ▉▉▉▉▉▉▉▉▉▉ | | 96.68 | 5,000.00 |
| 04/09/2021 | ▉▉▉▉▉▉▉ | | 292.87 | 4,707.13 |
| 04/12/2021 | ▉▉▉ ▉▉▉ | | 197.61 | 4,509.52 |
| 04/13/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 04/13/2021 | NYS DOL UI DD UI DD | 188.00 | | 4,997.52 |
| 04/15/2021 | ▉▉▉▉▉▉▉▉▉ | | 497.92 | 4,499.60 |
| 04/16/2021 | ▉▉▉▉ ▉▉ | 500.00 | | 4,999.60 |
| 04/20/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 04/20/2021 | NYS DOL UI DD UI DD | 188.00 | | 5,487.60 |
| 04/27/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 04/27/2021 | NYS DOL UI DD UI DD | 188.00 | | 5,975.60 |
| 05/03/2021 | ▉▉▉▉▉▉▉ | | 775.60 | 5,200.00 |
| 05/04/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 05/04/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 05/04/2021 | ▉▉▉▉ ▉▉▉▉ | | 22.86 | 5,665.14 |
| | ENDING BALANCE | | | $5,665.14 |

# M&T Bank

**FOR INQUIRIES CALL:    (800) 724-2440**

00   0 01269M NM  017

000000                                        P

**JOSE L CRESPO**

REDACTED

| ACCOUNT TYPE | |
|---|---|
| **MYWAY BANKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ⬛0717 | **MAY.05-JUN.04,2021** |

| | |
|---|---|
| **BEGINNING BALANCE** | **$5,665.14** |
| **DEPOSITS & CREDITS** | **1,952.00** |
| **LESS CHECKS & DEBITS** | **2,501.28** |
| **LESS SERVICE CHARGES** | **0.00** |
| **ENDING BALANCE** | **$5,115.86** |

INTEREST EARNED FOR STATEMENT PERIOD            $0.00                    NEW YORK CITY SERVICE CENTER

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $5,665.14 | 8 | $1,952.00 | 0 | $0.00 | 21 | $2,501.28 | $0.00 | $5,115.86 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/05/2021 | BEGINNING BALANCE | | | $5,665.14 |
| 05/05/2021 | ⬛ | | $45.72 | |
| 05/05/2021 | ⬛ | | 227.12 | 5,392.30 |
| 05/06/2021 | ⬛ | | 104.00 | |
| 05/06/2021 | ⬛ | | 96.68 | 5,191.62 |
| 05/07/2021 | ⬛ | | 191.62 | 5,000.00 |
| 05/11/2021 | NYS DOL UI DD UI DD | $300.00 | | |
| 05/11/2021 | NYS DOL UI DD UI DD | 188.00 | | 5,488.00 |
| 05/17/2021 | ⬛ | | 100.00 | |
| | | | | 5,388.00 |
| 05/18/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 05/18/2021 | NYS DOL UI DD UI DD | 188.00 | | 5,876.00 |
| 05/20/2021 | ⬛ | | 48.95 | |
| 05/20/2021 | ⬛ | | 30.45 | 5,796.60 |
| 05/21/2021 | ⬛ | | 202.00 | |
| 05/21/2021 | ⬛ | | 32.83 | |
| | | | | 5,561.77 |
| 05/24/2021 | ⬛ | | 21.75 | |
| 05/24/2021 | ⬛ | | 30.00 | |
| 05/24/2021 | ⬛ | | 18.89 | |
| 05/24/2021 | ⬛ | | 120.00 | 5,371.13 |
| 05/25/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 05/25/2021 | NYS DOL UI DD UI DD | 188.00 | | 5,859.13 |
| 06/01/2021 | ⬛ | | 142.06 | 5,717.07 |
| 06/02/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 06/02/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 06/02/2021 | ⬛ | | 801.07 | |
| 06/02/2021 | ⬛ | | 135.22 | 5,268.78 |

**PAGE 1 OF 3**

# M&T Bank

**FOR INQUIRIES CALL:**     (800) 724-2440

| ACCOUNT TYPE | |
|---|---|
| MYWAY BANKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ████0717 | MAY.05-JUN.04,2021 |

**JOSE L CRESPO**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 06/03/2021 | ████████ ████████ | | 104.00 | 5,164.78 |
| 06/04/2021 | ███████████████ ██ | | 11.95 | |
| 06/04/2021 | █████████████████ ██ | | 33.97 | |
| 06/04/2021 | █████████████████ ██ | | 3.00 | |
| | | | | 5,115.86 |
| | ENDING BALANCE | | | $5,115.86 |

# M&T Bank

**FOR INQUIRIES CALL:    (800) 724-2440**

00    0 01269M NM  017

000000                                                   P

**JOSE L CRESPO**

REDACTED

| ACCOUNT TYPE | |
|---|---|
| **MYWAY BANKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▮0717 | **JUN.05-JUL.02,2021** |

| | |
|---|---|
| **BEGINNING BALANCE** | **$5,115.86** |
| **DEPOSITS & CREDITS** | **1,952.00** |
| **LESS CHECKS & DEBITS** | **809.28** |
| **LESS SERVICE CHARGES** | **0.00** |
| **ENDING BALANCE** | **$6,258.58** |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                    NEW YORK CITY SERVICE CENTER

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $5,115.86 | 8 | $1,952.00 | 0 | $0.00 | 5 | $809.28 | $0.00 | $6,258.58 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 06/05/2021 | BEGINNING BALANCE | | | $5,115.86 |
| 06/07/2021 | ▮▮▮▮▮ | | $15.00 | 5,100.86 |
| 06/08/2021 | NYS DOL UI DD UI DD | $300.00 | | |
| 06/08/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 06/08/2021 | ▮▮▮▮▮ | | 96.68 | 5,492.18 |
| 06/15/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 06/15/2021 | NYS DOL UI DD UI DD | 188.00 | | 5,980.18 |
| 06/21/2021 | ▮▮▮▮▮ | | 182.50 | 5,797.68 |
| 06/22/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 06/22/2021 | NYS DOL UI DD UI DD | 188.00 | | 6,285.68 |
| 06/24/2021 | ▮▮▮▮▮ | | 165.10 | 6,120.58 |
| 06/28/2021 | ▮▮▮▮▮ | | 350.00 | |
| | | | | 5,770.58 |
| 06/29/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 06/29/2021 | NYS DOL UI DD UI DD | 188.00 | | 6,258.58 |
| | ENDING BALANCE | | | $6,258.58 |

# M&T Bank

**FOR INQUIRIES CALL:    (800) 724-2440**

00   0 01269M NM  017

000000                                              P

**JOSE L CRESPO**
REDACTED

| ACCOUNT TYPE | |
|---|---|
| MYWAY BANKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 0717 | JUL.03-AUG.04,2021 |

| BEGINNING BALANCE | $6,258.58 |
|---|---|
| DEPOSITS & CREDITS | 3,440.00 |
| LESS CHECKS & DEBITS | 3,594.58 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $6,104.00 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                    NEW YORK CITY SERVICE CENTER

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $6,258.58 | 11 | $3,440.00 | 0 | $0.00 | 25 | $3,594.58 | $0.00 | $6,104.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/03/2021 | BEGINNING BALANCE | | | $6,258.58 |
| 07/06/2021 | ██████  ████████ | | $181.11 | |
| 07/06/2021 | ████████████████ | | 766.51 | |
| 07/06/2021 | ████████████████ | | 6.96 | |
| 07/06/2021 | ██████████████████ | | 104.00 | |
| 07/06/2021 | ██████  ████████ | | 42.00 | |
| 07/06/2021 | ████████████████ | | 44.99 | |
| 07/06/2021 | ████████████████ | | 23.04 | |
| 07/06/2021 | ████████████████ | | 30.13 | |
| 07/06/2021 | ██████  ████████ | | 2.75 | 5,057.09 |
| 07/07/2021 | | $1,000.00 | | |
| 07/07/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 07/07/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 07/07/2021 | ██████████████ | | 3.35 | 6,541.74 |
| 07/12/2021 | ██████████████ | | 22.36 | 6,519.38 |
| 07/13/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 07/13/2021 | NYS DOL UI DD UI DD | 188.00 | | 7,007.38 |
| 07/14/2021 | ████████████ | | 182.93 | |
| 07/14/2021 | ████████████ | | 28.86 | 6,795.59 |
| 07/15/2021 | ████████████ | | 128.99 | 6,666.60 |
| 07/20/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 07/20/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 07/20/2021 | ██████████████ | | 21.84 | 7,132.76 |
| 07/21/2021 | ████████████████ | | 160.00 | 6,972.76 |
| 07/23/2021 | ██████████████ | | 100.00 | |
| 07/23/2021 | ████████████ | | 100.00 | 6,772.76 |
| 07/26/2021 | ██████  ████████ | | 112.80 | |

**PAGE 1 OF 3**

# M&T Bank

**FOR INQUIRIES CALL:** **(800) 724-2440**

| ACCOUNT TYPE | |
|---|---|
| **MYWAY BANKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▉0717 | **JUL.03-AUG.04,2021** |

**JOSE L CRESPO**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/26/2021 | ▉ | | 17.20 | 6,642.76 |
| 07/27/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 07/27/2021 | NYS DOL UI DD UI DD | 188.00 | | 7,130.76 |
| 07/29/2021 | ▉ | | 192.46 | |
| | | | | 6,938.30 |
| 07/30/2021 | ▉ | | 338.30 | 6,600.00 |
| 08/02/2021 | ▉ | | 22.88 | 6,577.12 |
| 08/03/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 08/03/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 08/03/2021 | ▉ | | 118.81 | 6,946.31 |
| 08/04/2021 | ▉ | | 842.31 | 6,104.00 |
| | ENDING BALANCE | | | $6,104.00 |

# M&T Bank

**FOR INQUIRIES CALL:    (800) 724-2440**

**00   0 01269M NM  017**

000000                                                    P

**JOSE L CRESPO**
REDACTED

| ACCOUNT TYPE | |
|---|---|
| **MYWAY BANKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 0717 | **AUG.05-SEP.03,2021** |

| | |
|---|---|
| **BEGINNING BALANCE** | **$6,104.00** |
| **DEPOSITS & CREDITS** | **1,952.00** |
| **LESS CHECKS & DEBITS** | **2,974.01** |
| **LESS SERVICE CHARGES** | **0.00** |
| **ENDING BALANCE** | **$5,081.99** |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                    NEW YORK CITY SERVICE CENTER

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $6,104.00 | 8 | $1,952.00 | 0 | $0.00 | 32 | $2,974.01 | $0.00 | $5,081.99 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/05/2021 | BEGINNING BALANCE | | | $6,104.00 |
| 08/05/2021 | ▮▮▮▮▮▮▮ | | $1,000.00 | |
| 08/05/2021 | ▮▮▮▮▮▮▮ | | 104.00 | |
| 08/05/2021 | ▮▮▮▮▮▮▮ | | 46.68 | 4,953.32 |
| 08/06/2021 | ▮▮▮▮▮▮▮ | | 12.99 | |
| 08/06/2021 | ▮▮▮▮▮▮▮ | | 36.92 | 4,903.41 |
| 08/09/2021 | ▮▮▮▮▮▮▮ | | 38.42 | |
| 08/09/2021 | ▮▮▮▮▮▮▮ | | 28.83 | |
| 08/09/2021 | ▮▮▮▮▮▮▮ | | 73.68 | |
| 08/09/2021 | ▮▮▮▮▮▮▮ | | 69.96 | 4,692.52 |
| 08/10/2021 | NYS DOL UI DD UI DD | $300.00 | | |
| 08/10/2021 | NYS DOL UI DD UI DD | 188.00 | | 5,180.52 |
| 08/11/2021 | ▮▮▮▮▮▮▮ | | 97.95 | 5,082.57 |
| 08/16/2021 | ▮▮▮▮▮▮▮ | | 82.57 | |
| | | | | 5,000.00 |
| 08/17/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 08/17/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 08/17/2021 | ▮▮▮▮▮▮▮ | | 10.88 | 5,477.12 |
| 08/18/2021 | ▮▮▮▮▮▮▮ | | 60.00 | |
| 08/18/2021 | ▮▮▮▮▮▮▮ | | 10.84 | 5,406.28 |
| 08/19/2021 | ▮▮▮▮▮▮▮ | | 35.88 | 5,370.40 |
| 08/20/2021 | ▮▮▮▮▮▮▮ | | 31.10 | 5,339.30 |
| 08/23/2021 | ▮▮▮▮▮▮▮ | | 34.41 | |
| 08/23/2021 | ▮▮▮▮▮▮▮ | | 50.06 | |
| 08/23/2021 | ▮▮▮▮▮▮▮ | | 64.80 | 5,190.03 |
| 08/24/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 08/24/2021 | NYS DOL UI DD UI DD | 188.00 | | 5,678.03 |

**PAGE 1 OF 3**

# M&T Bank

**FOR INQUIRIES CALL:**    **(800) 724-2440**

| ACCOUNT TYPE | |
|---|---|
| **MYWAY BANKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ████0717 | **AUG.05-SEP.03,2021** |

**JOSE L CRESPO**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/25/2021 | ███████████ | | 70.00 | |
| 08/25/2021 | ███████████ | | 20.96 | |
| | | | | 5,587.07 |
| 08/26/2021 | ███████████████ | | 87.07 | 5,500.00 |
| 08/27/2021 | ██████████ | | 213.26 | |
| 08/27/2021 | ████████ ██████ | | 211.93 | |
| 08/27/2021 | ████████████ | | 7.61 | |
| 08/27/2021 | █████ █████ | | 10.29 | 5,056.91 |
| 08/30/2021 | ████████ | | 200.00 | |
| 08/30/2021 | █████████████ | | 22.59 | |
| 08/30/2021 | ████████████ | | 27.56 | |
| 08/30/2021 | █████████████ | | 70.12 | 4,736.64 |
| 08/31/2021 | NYS DOL UI DD UI DD | 300.00 | | |
| 08/31/2021 | NYS DOL UI DD UI DD | 188.00 | | |
| 08/31/2021 | █████████████ | | 32.65 | 5,191.99 |
| 09/01/2021 | legal processing fee | | 110.00 | 5,081.99 |
| | ENDING BALANCE | | | $5,081.99 |

2:13 ◀

◀ Gmail

🔒 secure05.principal.com

**Principal®**

Log Out   Menu

## 401(k) Account

Jose Crespo - NAL GROUP 401(K) PLAN

# Distribution Details

Recent distribution details are listed below.

For more distribution information, view the **Historical Distribution Details** page.

**Completed Distribution Details**

| | |
|---|---|
| **Distribution Type:** | Ended Employment |
| **Status** | Completed |
| **As Of:** | 03/04/2021 |
| **Tax Year** | 2021 |
| **Net Distribution Amount:** | $1,007.42 |
| **Gross Distribution Amount:** | $1,259.27 |
| **Federal Income Tax Withheld:** | $251.85 |
| **ACH Information:** | M & T BANK<br>Acct # ███████0717 |

**Prior Year Distribution Tax Information**

**Answers to top distribution tax questions**

*Only Pension tax documents will be available on this page. If you have other products with The Principal Financial Group, and have opted-in for electronic delivery of your tax documents, you will be notified via email when all of your tax documents are available. The link to tax documents will be available under the **My Profile** page no later than January 31. **NOTE:** If more than one 1099-R is issued to you, each one will be available on the Tax Documents Link under the **My Profile** page once all 1099-Rs are issued.

📞 800-547-7754

✉ Contact us

Terms of use

Disclosures

Privacy

Security

Report fraud

Feedback

← → ⊕ 4 •••