CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------X
1511 SHERIDAN LLC,

                                  Plaintiff,

    -against-

JOSE L. CRESPO,

                               Defendant *pro se.*
------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF BRONX    SS:

INDEX NO. CV-002890-05/BX

ORDER WITH NOTICE OF ENTRY

      Please take notice that the within is a true copy of an Amended Decision and Order duly entered in the office of the Clerk of the Civil Court of the City of New York, Bronx County, on March 11, 2022.

Dated: March 17, 2022

                                                         Jose L Crespo, Defendant *pro se*

                                                         REDACTED

                                                         (*Mailing address*)