# Emma Caterine

| | |
|---|---|
| **From:** | Jose Crespo <crespojl01@mail.buffalostate.edu> |
| **Sent:** | Thursday, April 28, 2022 4:03 PM |
| **To:** | EKeilbach@gmbsllp.com |
| **Subject:** | Re: Request for remainder of garnished funds (1511 Sheridan LLC v. Jose L. Crespo, Claim #241862) |
| **Attachments:** | Crespo_Check.pdf |

Sorry forgot to attach the check from your office.

On Thu, Apr 28, 2022 at 3:39 PM Jose Crespo <crespojl01@mail.buffalostate.edu> wrote:
> Dear Mr. Keilbach,
>
> My name is Jose Crespo, and I am writing in regard to the check I recently received from your office, relating to the case 1511 Sheridan LLC v. Jose L. Crespo in Bronx Civil Court (Claim #241862). The check's memo line states, "Refund per court order coll. case March 2019 – Dec 2019 File #241862." See attached pictures of the check and accompanying envelope.
>
> The Amended Decision and Order entered in this case on March 11, 2022, states, "ORDERED that all monies collected shall be returned to Jose L. Crespo within thirty (30) days." See attached Amended Decision and Order. According to my records, your office garnished a total of $1,458.30 from my wages, starting with my paycheck for the period 1/21/19 to 2/3/19. However, the check I received from your office is only for $1,378.86. See attached paystubs (redacted of irrelevant information), one showing the first garnishment (from my paycheck for the period 1/21/19 to 2/3/19) and the other (for the period 10/28/19-11/10/19) showing a total year-to-date garnishment of $1,458.30.
>
> I therefore request that your office promptly send me a check for the remaining balance of $79.44, in accordance with the Court's Amended Decision and Order. Because of my financial hardship, I will be going ahead and depositing the check for $1,378.86 that your office sent me, but by depositing this check I am not releasing Plaintiff from full satisfaction of the Court's March 11, 2022 Amended Decision and Order.
>
> Please confirm whether and when your office will be sending me the requested check for the remaining balance. I look forward to your response. Thank you.
>
> Sincerely,
> Jose Crespo
> --
> Sent from one of my Apple Products

--
Sent from one of my Apple Products

# Emma Caterine

| | |
|---|---|
| **From:** | Eric Keilbach <EKeilbach@gmbsllp.com> |
| **Sent:** | Friday, April 29, 2022 2:00 PM |
| **To:** | Jose Crespo |
| **Cc:** | Brian Chiantella; Michael Roberts |
| **Subject:** | Re: Request for remainder of garnished funds (1511 Sheridan LLC v. Jose L. Crespo, Claim #241862) |
| **Attachments:** | Crespo_Check.pdf |

Our office is following up with the sheriff who did the execution since we sent back everything we received to see if they are sending back the difference.  We will follow up with you once we hear back.

Let me know if you have any further issues.

Eric Keilbach, Esq.
Partner
Gutman, Mintz, Baker & Sonnenfeldt, LLP
813 Jericho Turnpike
New Hyde Park, NY  11040
516-775-7007
ekeilbach@gmbsllp.com

---

| Jose Crespo <crespojl01@mail.buffalostate.edu> | To | EKeilbach@gmbsllp.com, |
|---|---|---|
| 04/28/2022 04:03 PM | cc | |
| | Subject | Re: Request for remainder of garnished funds (1511 Sheridan LLC v. Jose L. Crespo, Claim #241862) |

Sorry forgot to attach the check from your office.

On Thu, Apr 28, 2022 at 3:39 PM Jose Crespo <crespojl01@mail.buffalostate.edu> wrote:
Dear Mr. Keilbach,

My name is Jose Crespo, and I am writing in regard to the check I recently received from your office, relating to the case 1511 Sheridan LLC v. Jose L. Crespo in Bronx Civil Court (Claim #241862). The check's memo line states, "Refund per court order coll. case March 2019 – Dec 2019 File #241862." See attached pictures of the check and accompanying envelope.

The Amended Decision and Order entered in this case on March 11, 2022, states, "ORDERED that all monies collected shall be returned to Jose L. Crespo within thirty (30) days." See attached Amended Decision and Order. According to my records, your office garnished a total of $1,458.30 from my wages, starting with my paycheck for the period 1/21/19 to 2/3/19. However, the check I received from your office is only for $1,378.86. See attached paystubs (redacted of irrelevant information), one showing the first garnishment (from my paycheck for the period 1/21/19 to 2/3/19) and the other (for the period 10/28/19-11/10/19) showing a total year-to-date garnishment of $1,458.30.

I therefore request that your office promptly send me a check for the remaining balance of $79.44, in accordance with the Court's Amended Decision and Order. Because of my financial hardship, I will be going ahead and depositing the check for $1,378.86 that your office sent me, but by depositing this check I am not releasing Plaintiff from full satisfaction of the Court's March 11, 2022 Amended Decision and Order.

Please confirm whether and when your office will be sending me the requested check for the remaining balance. I look forward to your response. Thank you.

1

Sincerely,
Jose Crespo

--

Sent from one of my Apple Products

--

Sent from one of my Apple Products

-THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE-
NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).
This communication is from a debt collector.

# Emma Caterine

| | |
|---|---|
| **From:** | Jose Crespo <crespojl01@mail.buffalostate.edu> |
| **Sent:** | Monday, May 9, 2022 10:59 AM |
| **To:** | Eric Keilbach |
| **Subject:** | Re: Request for remainder of garnished funds (1511 Sheridan LLC v. Jose L. Crespo, Claim #241862) |

I am emailing for an update. It's been ten days since your email stating that you were looking into my inquiry. You stated that you would be reaching out to the Sheriff of Erie county.
Thanks

On Fri, Apr 29, 2022 at 2:00 PM Eric Keilbach <EKeilbach@gmbsllp.com> wrote:
> Our office is following up with the sheriff who did the execution since we sent back everything we received to see if they are sending back the difference.  We will follow up with you once we hear back.
>
> Let me know if you have any further issues.
>
> Eric Keilbach, Esq.
> Partner
> Gutman, Mintz, Baker & Sonnenfeldt, LLP
> 813 Jericho Turnpike
> New Hyde Park, NY  11040
> 516-775-7007
> ekeilbach@gmbsllp.com

| | | |
|---|---|---|
| Jose Crespo <crespojl01@mail.buffalostate.edu> | To | EKeilbach@gmbsllp.com, |
| | cc | |
| 04/28/2022 04:03 PM | Subject | Re: Request for remainder of garnished funds (1511 Sheridan LLC v. Jose L. Crespo, Claim #241862) |

Sorry forgot to attach the check from your office.

On Thu, Apr 28, 2022 at 3:39 PM Jose Crespo <crespojl01@mail.buffalostate.edu> wrote:
> Dear Mr. Keilbach,
>
> My name is Jose Crespo, and I am writing in regard to the check I recently received from your office, relating to the case 1511 Sheridan LLC v. Jose L. Crespo in Bronx Civil Court (Claim #241862). The check's memo line states, "Refund per court order coll. case March 2019 – Dec 2019 File #241862." See attached pictures of the check and accompanying envelope.
>
> The Amended Decision and Order entered in this case on March 11, 2022, states, "ORDERED that all monies collected shall be returned to Jose L. Crespo within thirty (30) days." See attached Amended Decision and Order. According to my records, your office garnished a total of $1,458.30 from my wages, starting with my paycheck for the period 1/21/19 to 2/3/19. However, the check I received from your office is only for $1,378.86. See attached paystubs (redacted of irrelevant information), one showing the first garnishment (from my paycheck for the period 1/21/19 to 2/3/19) and the other (for the period 10/28/19-11/10/19) showing a total year-to-date garnishment of $1,458.30.
>
> I therefore request that your office promptly send me a check for the remaining balance of $79.44, in accordance with the Court's Amended Decision and Order. Because of my financial hardship, I will be going ahead and depositing the check for $1,378.86 that your office sent me, but by depositing this check I am not releasing Plaintiff from full satisfaction of the Court's March 11, 2022 Amended Decision and Order.

Please confirm whether and when your office will be sending me the requested check for the remaining balance. I look forward to your response. Thank you.

Sincerely,
Jose Crespo

--

Sent from one of my Apple Products

--

Sent from one of my Apple Products

-THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE-
NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).
This communication is from a debt collector.

--

Sent from one of my Apple Products

# Emma Caterine

| | |
|---|---|
| **From:** | Jose Crespo <crespojl01@mail.buffalostate.edu> |
| **Sent:** | Wednesday, May 25, 2022 10:15 AM |
| **To:** | Eric Keilbach; Jeanine.Balys@erie.gov |
| **Subject:** | Follow up regarding court decision in case index #002890-5 |

Dear Mr. Keilbach,

I write to follow up on my previous emails regarding release of the remainder of my garnished funds. As I noted in my email to you dated April 28, 2022, I received a check from your office (Gutman, Mintz, Baker & Sonnenfeld) relating to the case *1511 Sheridan LLC v. Jose L. Crespo* in Bronx Civil Court index number CV-002890-05 (Claim #241862) for $1,378.86.

However, according to my records, your office garnished a total of $1,458.30 from my wages, starting with my paycheck for the period 1/21/19 to 2/3/19. Pursuant to the Court's Amended Decision and Order entered in this case on March 11, 2022, you were ordered to return all collected monies to me within 30 days. To date, I have not received the remaining balance of $79.44. I have also contacted the marshal's office regarding this matter. The marshal's office confirmed that the total garnished amount was $1,458.30, and told me that they have been unable to reach you.

I request that your office promptly send me a check for the remaining balance of $79.44, in accordance with the Court's Amended Decision and Order.

As I noted in my April 28 email to you, because of my financial hardship, I deposited the check for $1,378.86 that your office sent me, but by depositing the check I did not release Plaintiff from full satisfaction of the Court's March 11, 2022 Amended Decision and Order.

Please confirm when your office will be sending me the requested check for the remaining balance. Thank you.

Sincerely,
Jose Crespo--
Sent from one of my Apple Products