**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT ST., 26TH FLOOR, BROOKLYN, NY 11241-1026
WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com
Telephone: (718) 522-7900
Fax: (877) 496-7900

July 26, 2024

<u>VIA ECF</u>
Hon. J. Paul Oetken
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 1007

   **Re: Letter Request for Withdrawal of Appearance of Emma Caterine.**
     *Crespo v. Gutman, Mintz, Baker & Sonnenfeldt, LLP,* **Case 1:22-cv-6599-JPO**

Dear Judge Oetken:

  The undersigned represents Plaintiff Jose Crespo in this above-entitled action bringing claims alleging, inter alia, violations of the Fair Debt Collection Practices Act. Defendants are a a law firm whose practice includes the collection from of debts on behalf of its clients, Gutman, Mintz, Baker & Sonnenfeldt, LLP ("GMBS"), an attorney at the firm, Eric Keilbach, and an individual debt collector at the firm Gary Thigpen (collectively the "Gutman Defendants"). Plaintiff and the Gutman Defendants are collectively "the Parties." Two other Defendants, a landlord, 1511 Sheridan, LLC, and a property management company, Hilltop Management Group, LLC, have been served but have defaulted.

  Plaintiff moves this Court for an Order allowing Emma Caterine to withdraw as counsel for Plaintiff in the above-referenced action. Emma Caterine will no longer be associated with the law The Law Office of Ahmad Keshavarz as of July 27, 2024. The Law Office of Ahmad Keshavarz will continue to serve as counsel for the Plaintiff in this matter. Ahmad Keshavarz, and subsequent attorneys at The Law Office of Ahmad Keshavarz who may notice appearances, will continue to represent Plaintiff, and accordingly there will be no prejudice to Plaintiff by this withdrawal.

Respectfully,
/s/
Emma Caterine
*Attorney for Plaintiff*