UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE CRESPO,

                    Plaintiff,

-v-

GUTMAN, MINTZ, BAKER &
SONNENFELDT, LLP, *et al.*,

                    Defendants.

22-CV-6599 (JPO)

SCHEDULING ORDER

J. PAUL OETKEN, District Judge:

    The parties' joint letter motion to extend the time to file a joint pretrial order (ECF No. 105) is granted in part, as set out in the following scheduling order.

    This case is to be tried before a jury beginning on July 21, 2025.

    The final pretrial conference will be held in person on July 8, 2025 at 3:00 p.m. in Courtroom 706, United States Courthouse, 40 Foley Square, New York, New York.

    The parties shall file any motions in limine by June 23, 2025. Responses are due June 30, 2025. Any replies are due July 7, 2025 at 12:00 p.m.

    The joint pretrial order, proposed jury instructions, proposed voir dire questions, and proposed verdict form are due by July 14, 2025.

    The Clerk is directed to close the motion at ECF No. 105.

    SO ORDERED.

Dated: April 9, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge