

**WILLIAM SCHLEIFER**
COUNSEL
(516) 357-3211
william.schleifer@rivkin.com

June 18, 2025

<u>*VIA* ECF</u>

Honorable J. Paul Oetken
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 1007

      Re:   *Crespo v. Gutman, Mintz, Baker & Sonnenfeldt, LLP*
             Case No. 1:22-cv-6599-JPO

Your Honor:

This office represents the defendant Gutman, Mintz, Baker & Sonnenfeldt, LLP, Gary Thigpen and Eric Keilbach (collectively "GMBS") in this above-entitled action. We are writing to advise the Court that the parties have come to a resolution of this matter and will no longer require a trial which is scheduled to take place the week of July 21, 2025. The parties request that the case be removed from the trial calendar and that the upcoming deadlines be adjourned *sine die*. Pursuant to the resolution, the parties request permission to file the Proposed Order of Dismissal on or before August 1, 2025 to allow for the exchange of consideration before the case is dismissed. We thank you for your time and consideration of this matter.

                                                Respectfully submitted,

                                                **RIVKIN RADLER LLP**

                                                William Schleifer

WLS/bd

TO: All Parties *Via* ECF

r4919-0326-1775, v. 1

66 South Pearl Street, Albany, NY 12207-1533 T 518.462.3000 F 518.462.4199
25 Main Street, Court Plaza North, Suite 501, Hackensack, NJ 07601-7082 T 201.287.2460 F 201.489.0495
1301 Riverplace Boulevard, Jacksonville, FL 32207-9047 T 904.792.8925 F 904.467.3461
477 Madison Avenue, New York, NY 10022-5818 T 212.455.9555 F 212.687.9044
2649 South Road, Suite 100, Poughkeepsie, NY 12601-6843 T 845.473.8100 F 845.473.8777