UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JOSE CRESPO,

                                   **Plaintiff,**

-against-

GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP,
GARY THIGPEN, ERIC KEILBACH,
1511 SHERIDAN LLC, and
HILLTOP MANAGEMENT GROUP LLC

                                   **Defendants.**

------------------------------------------------------------------X

Case No. 1:22-cv-6599-JPO

## AGREED ORDER OF DISMISSAL

Plaintiff, JOSE CRESPO, hereby voluntarily dismisses this action against Defendants GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP, GARY THIGPEN, and ERIC KEILBACH, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. 41(a)(2). Said Parties request that the Court retain jurisdiction to enforce the terms of the settlement between said parties.

Plaintiff, JOSE CRESPO, hereby voluntarily dismisses this action against Defendants 1511 SHERIDAN LLC and HILLTOP MANAGEMENT GROUP LLC with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

**SO ORDERED this** _____ **day of** _____, **2025.**

_____
**Hon. J. Paul Oetken**
**District Judge**

4

AGREED BY:

Plaintiff JOSE CRESPO

By: _____  8/21/2025
Ahmad Keshavarz
The Law Office of Ahmad

Defendants GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP, GARY THIGPEN, and ERIC KEILBACH

By: _____
~~Ken Novikoff~~ William Schleifer
Rivkin Radler

5